1  Nicole Haff, Esq.
   LEWIS & LIN LLC
2  77 Sands Street, 6th Floor
   Brooklyn, NY 11201
3  Tel: (718) 243-9323
   Fax: (718) 243-9326
4  Email: Nicole@iLawco.com
   *Attorneys for Plaintiff*
5  *Admitted Pro Hac Vice*

6

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

7

| | |
|---|---|
| 8  DIANE KLIVINGTON-EVANS, | Case No.: |
| 9          Plaintiff, | |
|            -   versus - | **VERIFIED COMPLAINT** |
| 10  <PASSINGYOUROBGYNBOARDS.COM>, | |
| 11  a domain name, and JOHN DOES 1-20 | |
| 12          Defendants. | |

13      Plaintiff Diane Klivington-Evans ("Plaintiff"), by her attorneys, Lewis & Lin, LLC,

14  for her complaint for injunctive relief against Defendant domain name

15  <PassingYourOBGYNBoards.com>, *in rem*, alleges as follows:

16                          **INTRODUCTION**

17      1.   Plaintiff brings this *in rem* action against

18  <PassingYourOBGYNBoards.com> under the Anticybersquatting Consumer

19  Protection Act, 15 U.S.C. § 1125(d) (the "ACPA").

20      2.   Since 2012, Plaintiff has been operating as an ecommerce business, through

21  her company PassingYourOBGYNboards.com LLC and its successor company

22  PASSINGYOUROBGYNBOARDS LLC (the "Company"), by providing physicians

with test preparation services and goods to study for their oral OB/GYN medical boards to become board certified obstetricians and gynecologists.

3.    Since at least as early as December 17, 2014, until very recently, Plaintiff has conducted her businesses using the <PassingYourOBGYNBoards.com> domain name (the "Domain Name").

4.    Due to a change in Plaintiff's credit card information, Plaintiff's registration of her valuable Domain Name inadvertently lapsed.

5.    During this lapse, the Domain Name was registered by a cybersquatter (or cybersquatters) who, in bad faith, loaded the webpage with malware and viruses and caused consumer confusion.

6.    The cybersquatter also used the Domain Name to reset passwords to other accounts linked to the Domain Name, including accounts at Shopify, PayPal, and Zoom.

7.    After taking over the Domain Name the cybersquatter then changed registrars to, upon information and belief, interfere with Plaintiff's efforts to recover the Domain Name.

8.    Pursuant to the ACPA and this Court's *in rem* jurisdiction, Plaintiff requests an Order (a) declaring that there has been a violation of the ACPA regarding the <PassingYourOBGYNBoards.com> domain name and the unidentified cybersquatter's activities as alleged herein; and (b) issuing temporary, preliminary and permanent injunctive relief in the form of an Order that the registration, ownership, and control of the <PassingYourOBGYNBoards.com> domain name be transferred immediately and without reservation of rights to Plaintiff; and (c) for any other relief that this Court deems

1    just, equitable, or proper.

2                          **THE PARTIES**

3        9.   Plaintiff is a citizen and domiciliary of the State of Florida.  She is the sole

4    member of the Company, which is a limited liability company, organized and existing

5    under the laws of the State of Florida.

6        10.  Defendant is the domain name <PassingYourOBGYNBoards.com>.

7        11.  Upon information and belief, the source of belief being information provided

8    by a reputable online database, the registrar for which the Domain Name is currently

9    registered is GoDaddy, Inc. ("GoDaddy").  *See* **Exhibit 1.**

10       12.  Upon information and belief, GoDaddy is a corporation organized and

11   existing under the laws of the State of Delaware with its principal place of business in

12   Tempe, Arizona.  GoDaddy identifies the location of its corporate headquarters as

13   Tempe, Arizona on its website.  *See* **Exhibit 2** (www.godaddy.com/legal/agreements).

14       13.  The current registrant of the Domain Name, *i.e.*, the cybersquatter(s) named

15   in this action as Defendants John Does 1-20, is unknown to Plaintiff.  Plaintiff does not

16   have contact information for the cybersquatter(s).

17       14.  The current registrant of the Domain Name has privacy protected their

18   registration information from the public.  This means the cybersquatter's information is

19   inaccessible to Plaintiff.  A true and correct copy of the search results from GoDaddy's

20   WhoIs look up is attached hereto as **Exhibit 3** ("Admin Name: Registration Private").

21       15.  Even if GoDaddy were to provide Plaintiff with the cybersquatter's contact

22   information, given the current nefarious use of the Domain Name, it is unlikely that the

1  registration information the cybersquatter provided to GoDaddy would be legitimate.

2  **JURISDICTION AND VENUE**

3  16. This Court has subject matter jurisdiction over this action pursuant to 15

4  U.S.C. §§ 1125(a) and (d)(2)(A) and 28 U.S.C. §§ 1331 and 1338.

5  17. Pursuant to 15 U.S.C. § 1125(d)(2)(C)(i), a domain name has its situs in the

6  judicial district in which the domain name registrar, registry, or other domain name

7  authority that registered or assigned the domain name is located.

8  18. GoDaddy is the registrar of Defendant Domain Name and GoDaddy is located

9  within the U.S. District Court for the District of Arizona. *See* Exhibits 1 and 2.

10  19. Pursuant to 15 U.S.C. § 1125(d)(2)(C)(i) and (ii)(ll), Plaintiff, the owner of

11  the common law trademark PASSING YOUR OBGYN BOARDS (the "Mark"), files

12  this *in rem* civil action against the Domain Name in this District because (a) the domain

13  name registrar is located in this District, and (b) the Domain Name violates Plaintiff's

14  common law trademark rights, and (c) through due diligence, Plaintiff was not able to

15  find a person who would have been a defendant in a civil action under subparagraph 15

16  U.S.C. § 1125(d)(1).

17  20. Specifically, on September 13, 2024, counsel for Plaintiff emailed

18  abuse@godaddy.com with a notice of the alleged violation and intent to proceed to

19  GoDaddy at abuse@godaddy.com and by first-class mail to Domains By Proxy, LLC,

20  100 S. Mill Ave, Suite 1600, Tempe, Arizona 85281, with a request that the notice and

21  intent to proceed be forwarded to the registrant of the Domain Name at the postal and

22  e-mail address provided by the registrant to GoDaddy.

21. The abuse@godaddy.com email address is the "registrant abuse contact email" address provided by GoDaddy for the Domain Name. *See* Exhibit 3.

22. Domains By Proxy, LLC and the mailing address associated with it is for registrants who wish to keep their information private on GoDaddy. This is the contact information listed for the Domain Name. *See* Exhibit 3.

23. Other than an email acknowledging GoDaddy's receipt of counsel's email, no substantive response was received from GoDaddy before this action was filed.

24. GoDaddy's WHOIS Webpage also allows you to contact the Domain Name Holder. *See* Exhibit 3 (bottom of last page).

25. Once this option is selected, you can contact the registrant, but you cannot type any message. Instead, you can click one of three check boxes described as "reason for contact." The options for contact are "Domain name or content is being used in malware, or for spam or abuse", "Domain name or content is infringing on a trademark or violating local laws or regulation" or "research or other purposes." *See* **Exhibit 4.**

26. On September 13, 2024, counsel for Plaintiff used this form, clicked "registrant" as the person to contact, provided counsel's email address, and clicked the option "Domain name or content is infringing on a trademark or violating local laws or regulation." A true and correct picture of this is included in **Exhibit 5.**

27. On September 13, 2024, counsel for Plaintiff used this form a second time, clicked "registrant" as the person to contact, provided counsel's email address, and clicked "Domain name or content is being used in malware, or for spam or abuse" as the reason for contact. A true and correct picture of this is also included in **Exhibit 5.**

28.  Neither inquiry was responded to by the time this action was filed.

29.  However, after submitting these forms a box appeared on counsel's screen reading, "Success We'll forward your request to the Registrant contact.  Please note it is the decision of the Registrant whether to respond to your request."  A true and correct picture of this is included in **Exhibit 5.**

30.  Should this Court direct, Plaintiff is prepared to publish a notice of this action promptly after it is filed, pursuant to 15 U.S.C. § 1125(d)(2)(C)(ii)(ll)(bb).

31.  Thus, venue is proper in this District.

## STATEMENT OF FACTS

32.  For almost 10 years Plaintiff, first through her company incorporated in Mississippi (since dissolved) and later through company incorporated in Florida, has been operating as an ecommerce business, providing physicians with test preparation services and goods to study for the oral component of their OB/GYN medical boards to become board certified obstetricians and gynecologists.

33.  Plaintiff completed her obstetrics/gynecology residency at Sinai Hospital in Baltimore, Maryland.  She is double board-certified by the American Board of Obstetrics and Gynecology and the American Osteopathic Board of Obstetrics and Gynecology.  She is also a Fellow of The American Congress of Obstetricians and Gynecologists.

34.  After studying for her own medical boards, Plaintiff realized there was a significant gap in online offerings for test preparation services and goods relating to the oral component of the OB/GYN boards.

35.  In August 2011, Plaintiff founded PassingYourOBGYNboards.com LLC in the State of Mississippi, where she was then located.  She dissolved this company because she was moving to Florida.  In or about April 2022, Plaintiff incorporated the Company in the State of Florida.

36.  The Company's test preparation services and goods are exclusively provided online where it offers individualized study plans, mentoring, and personalized coaching, service provided by Plaintiff.

37.  The packages the Company offers for study preparation range from $828.50 to $7,000.  The Company also offers mock exam packages ranging from $500 to $1,500.

38.  Recordings of these sessions have been downloaded by thousands of people.

39.  Plaintiff, through her companies, has maintained social media pages on platforms including Facebook, YouTube, Twitter (now X) which prominently display Passing Your OBGYN Boards.

40.  The Mark is used on and in the Domain Name, blogposts, the Company's Shopify and PayPal storefronts, in marketing materials, on social media accounts, in written communications to customer and potential customers, and on invoices.

41.  Plaintiff also works closely with students who have previously failed the boards, by offering private tutoring services.

42.  These same people, who have previously failed between 2 to 7 times, have a 98% success rate after working with Plaintiff.

43.  The Domain Name <PassingYourOBGYNBoards.com> and the Company bear the same name.

44.   The Mark is used by Plaintiff, through her Company, on YouTube, Facebook, LinkedIn, and x.com. The Company's YouTube page has over 1,000 views.

45.  Approximately 15,000 to 20,000 physicians have used the Company's services and goods to pass their medical boards.

46.  The Company has spent considerable time and money on advertising.

47. In 2019, it spent $4,500 in advertising on the following outlets: Email, Facebook, YouTube, Instagram, Twitter (now X), and Shopify.

48. In the following four years, it continued to spend from $1,300 to $3,800 annually on advertising.

49.  These advertising costs do not include the costs of the Domain Name and web page maintenance.

50.  These expenditures caused physicians to associate the Mark with Plaintiff and the Company through which she provides services.

51.  In addition to paid advertising, Plaintiff has spoken on a Podcast where the Company and its Mark were featured.

52.  Since 2019, Plaintiff's business generates between approximately $53,000 to $110,000 in profit per year.

**PLAINTIFF'S LOSS OF THE DOMAIN NAME**

53.  Plaintiff was involved in a lawsuit regarding a breach of contract claim against her previous employer, titled *Klivington v. Voss, et al.,* Case No. 1:2022-cv-00574 (M.D. Ala.)(the "M.D. Ala. Litigation.")

54.  During litigation, and on April 17, 2024, counsel for two of the defendants

published to PACER sensitive private financial and personal documents that Plaintiff produced during discovery. All the documents were published on PACER without any redactions. *See* the M.D. Ala. Litigation, at ECF Doc. Nos. 106, 107 and 108.

55. This private and confidential information was downloaded from PACER and shared on the dark-web. Criminals illicitly obtained and used her financial information, without her authorization or consent, to steal Plaintiff's identity and cause her serious financial harm.

56. This resulted in Plaintiff closing her credit card.

57. The credit card that she closed was the credit card on file with the registrar Name.com, the then host of the Domain Name.

58. On June 18, 2024, the Domain Name was set to renew. Plaintiff received notifications from Name.com concerning this renewal. A redacted copy of the renewal email Dr. Klivington-Evans received from Name.com is attached as **Exhibit 6.**

59. As a result of Plaintiff's identity theft her credit card was declined and could not be used to renew the Domain Name.

60. Plaintiff attempted to call Name.com but the company no longer maintains a call center to handle complaints.

61. On July 11, 2024, Plaintiff received a notification from Name.com that there was a failed login notification from an IP address that was not associated with the account.

62. After being notified of this failure, she attempted to change her password with Name.com but was unable to do so due to the IP address issue. She also notified

Name.com that she was involved in a security breach and because of the breach she was unable to pay the renewal payment.  Redacted copies of these emails between Plaintiff and Name.com on July 11, 2023 are attached as **Exhibit 7.**

63.  On July 29, 2024, Plaintiff received an error message when trying to access her account at Name.com.  The message stated that she did not have permission to access the account or support center or see ticket details.  A true and correct copy of this error message from Name.com is attached as **Exhibit 8.**

64.  Subsequently, Name.com allowed the Domain Name to expire. Plaintiff was told by Name.com that it was auctioned off.   However, the Internet Corporation for Assigned Names and Numbers informed her that the Domain Name was never auctioned off.

65.  Upon information and belief, sometime between July 29, 2024 and August 4, 2024, the cybersquatter registered it.

66.  On August 4, 2024, the cybersquatter moved the Domain Name to GoDaddy, a different registrar.   Upon information and belief, this was done to interfere with Plaintiff's efforts to recover the Domain Name.  *See* **Exhibit 9** (a true and correct copy of a screenshot from Domain Tools, showing registrar history).

67.  After taking control of the Domain Name, the new registrant loaded the webpage with malware and viruses.

68.  Through referral sources, Plaintiff has been notified that there are issues with the Domain Name being loaded with viruses, and that persons referred to Plaintiff through the website, experienced issues. After personally reviewing the Domain Name,

the computer of at least one referral source was infected with a virus.

## FIRST CLAIM FOR RELIEF
### (Cybersquatting – 15 U.S.C. § 1125)

69.  Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint, as if fully set forth herein.

70.  Plaintiff owns the Mark.

71.  The Mark is a valid and protectable common law trademark under 15 U.S.C § 1125(a).

72.  The current use of the Domain Name violates the trademark rights of Plaintiff.

73.  Until the recent hijacking of the Domain Name, Plaintiff, through the Company, has continuously, consistently, and exclusively used the Mark in interstate commerce since 2012 by selling test preparation and lecture services and goods to physicians online throughout the United States.

74.  Plaintiff has actively marketed goods and services for almost a decade in interstate commerce using the Mark, leading to significant customer recognition.

75.  As previously stated, 15,000 to 20,000 aspiring OB/GYNs have purchased the goods and services sold by Plaintiff, through her companies.

76.  Customers relate certain goods or services to Plaintiff's Mark, to wit high quality test preparation services and materials used to pass the oral component of the OB/GYN medical boards.

77.  The public associates Plaintiff as the sole source of Plaintiff's goods and services.

78. The Mark has acquired distinctiveness through extensive use in commerce.

79. The cybersquatter's registration of the Domain Name is confusingly similar to the Mark, which was distinctive at the time the Domain Name was registered.

80. The cybersquatter's actions have led to consumer confusion.

81. The cybersquatter's actions have infected the computers of consumers, who thought they were interacting with the Company and Plaintiff, with malware and viruses. This has harmed the goodwill of the Company and Plaintiff.

82. The cybersquatter had a bad faith intent to profit from the Domain Name.

83. Plaintiff is not aware of any other person or entity that has used the Mark before Plaintiff.

84. The Domain Name consists of the legal name of Plaintiff Company. Plaintiff is unaware of any entity with the same name as the Company.

85. The Domain Name is being used to deceive and divert internet users seeking genuine products and services offered by Plaintiff, through her Company.

86. The cybersquatter has used the Domain Name to reset passwords to other accounts linked to the Domain Name, such as accounts at Shopify, in bad faith.

87. Plaintiff is unaware of any other entity's use of the domain name.

88. The cybersquatter is not making *a bona fide* non-commercial use to the Domain Name.  Instead, the cybersquatter loaded the Domain Name with viruses and malware.  The Domain Name as it currently exists is not being used for First Amendment purposes, critique, or for parody.

89.   By loading the Domain Name with viruses and malware, the cybersquatter

is causing significant harm to the goodwill represented by the Mark with the intent to tarnish or disparage the Mark, by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the site.

90. The use of the Defendant Domain Name in conjunction with viruses and malware shows "a bad faith intent to profit" from the Mark.

91. The cybersquatter's use of the Domain Name has caused, and unless and until enjoined will continue to cause, irreparable injury to Plaintiff's good will, reputation and business, for which Plaintiff has no adequate remedy at law.

92. Plaintiff is entitled to injunctive relief pursuant to 15 U.S.C. § 1125(d)(2)(D).

93. As a direct and proximate result of the cybersquatter's conduct as described herein, Plaintiff has suffered irreparable harm through the loss of business reputation.

94. Plaintiff's customers cannot confidently purchase goods and services associated with Plaintiff's Mark so long as this cybersquatter and confusingly similar Domain Name remain active.

95. The cybersquatter's violation of the ACPA, use of the Domain Name to gain access to Plaintiff's online accounts, and use of the Domain Name to spread viruses and malware to Plaintiff's customers, pose a substantial risk of irreparable harm.

96. The cybersquatter's conduct warrants that the Court order the transfer of the <PassingYourOBGYNBoards.com> domain name to Plaintiff pursuant to 15 U.S.C. § 1125(d)(1)(C) and d(2)(D)(i).

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, pursuant to 15 U.S.C. § 1125(d)(2)(D), prays for a judgment:

(a) declaring that there has been a violation of the Anticybersquatting Consumer Protection Act regarding the <PassingYourOBGYNBoards.com> domain name based on the unidentified cybersquatter's activities as alleged herein; and

(b) issuing preliminary and permanent injunctive relief in the form of an Order that the registration, ownership, and control of the <PassingYourOBGYNBoards.com> domain name be transferred immediately and without reservation of rights to Plaintiff; and

(c) for any other relief that this Court deems just, equitable, or proper.

Dated: Brooklyn, New York
        October 2, 2024

                                        Respectfully submitted,

                                        LEWIS & LIN, LLC
                                        By: */s/ Nicole Haff*
                                             Nicole Haff
                                        77 Sands Street, 6th Floor
                                        Brooklyn, NY 11201
                                        Tel: (718) 243-9323
                                        Fax: (718) 243-9326
                                        Email: Nicole@iLawco.com

                                        *Attorneys for Plaintiff*
                                        *Pro Hac Vice Application Forthcoming*

1

**VERIFICATION**

2   I, DIANE KLIVINGTON-EVANS, declare:

3     1. I am the Plaintiff in the present case, a citizen of the United State of America, and

4       resident of the State of Florida.  I have read the foregoing Complaint and know the

5       contents thereof.

6     2. I know or believe that all the allegations that I have personal knowledge of to be

7       true.

8     3. I believe the allegations that I do not have personal knowledge of to be true based

9       on specified information, documents, or both.

10

11   I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, under the laws of the

12   United States of America that the foregoing is true and correct.

13

14   Executed on: October 2, 2024

15                                 DIANE KLIVINGTON-EVANS

16

17

18

19

20

21

22

Exhibit 1



# Domain Report

## PassingYourObgynBoards.com

| | |
|---|---|
| Domain Name | **PassingYourObgynBoards.com** |
| Prepared On | **September 10, 2024** |



Website Screenshot taken 05/21/2021

# About This Report

This report documents a thorough analysis of the Internet domain name "**PassingYourObgynBoards.com**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

For over 20 years, DomainTools has been the most popular domain research service on the internet because we have the most comprehensive coverage of generic and country code Top Level Domains. We have also collected and stored Whois and related hosting/DNS data to provide the most complete historical records in the industry.

DomainTools helps our users turn threat data into threat intelligence. We can help you connect indicators from your network, including domains and IPs, with others among the nearly 380 million active domains we track, leveraging over 13 billion DNS-related data points to build a map of "who's doing what" on the Internet. Fortune 100 companies, global government agencies, and leading security solution vendors use DomainTools as a critical ingredient in their threat investigation and mitigation work.

Reach us at memberservices@domaintools.com if you have any questions about this report.

© 2024 DomainTools, LLC All Rights Reserved

# Domain Profile

*As of September 10, 2024*

## Ownership

| | |
|---|---|
| Registered Owner | **Domains By Proxy, LLC** |
| Owned Domains | **About 68658922 other domains** |
| Email Addresses | **abuse@godaddy.com** |
| Registrar | **godaddy.com, llc** |

## Registration

| | |
|---|---|
| Created | **Jun 18, 2011** |
| Expires | **Jun 18, 2025** |
| Updated | **Aug 4, 2024** |
| Domain Status | **Parked** |
| Whois Server | **whois.godaddy.com** |
| Name Servers | **parklogic.com** |

## Network

| | |
|---|---|
| Website IP Address | **172.232.25.148** |
| IP Location | **United States-Illinois-Chicago Linode** |
| IP ASN | **AS63949** |

 © 2024 DomainTools, LLC All Rights Reserved

# Current Whois Record

*Reported on Sep 10, 2024*

```
Domain Name: passingyourobgynboards.com
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2024-07-29T16:40:12Z
Creation Date: 2011-06-18T16:34:52Z
Registrar Registration Expiration Date: 2025-06-18T16:34:52Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 100 S. Mill Ave, Suite 1600
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85281
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=passi
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 100 S. Mill Ave, Suite 1600
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85281
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=passingyou
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 100 S. Mill Ave, Suite 1600
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85281
```

© 2024 DomainTools, LLC All Rights Reserved

Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=passingyour
Name Server: NS1.PARKLOGIC.COM
Name Server: NS2.PARKLOGIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2024 DomainTools, LLC All Rights Reserved

# Ownership History

## Whois History for PassingYourObgynBoards.com

DomainTools has 66 distinct historical ownership records for PassingYourObgynBoards.com. The oldest record dates Jun 20, 2011. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

© 2024 DomainTools, LLC All Rights Reserved

# Whois Record on Aug 6, 2024



```
Domain Name: passingyourobgynboards.com
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2024-07-29T16:40:12Z
Creation Date: 2011-06-18T16:34:52Z
Registrar Registration Expiration Date: 2025-06-18T16:34:52Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhib
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProh
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 100 S. Mill Ave, Suite 1600
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85281
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.c          =passingyourobg
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 100 S. Mill Ave, Suite 1600
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85281
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=passingyourobgynboa
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 100 S. Mill Ave, Suite 1600
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85281
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
```

Screenshot taken May 21, 2021

© 2024 DomainTools, LLC All Rights Reserved

Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=passingyourobgynboar
Name Server: NS1.PARKLOGIC.COM
Name Server: NS2.PARKLOGIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 21, 2024



Screenshot taken May 21, 2021

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2024-06-19T07:36:13Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2024-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: autoRenewPeriod https://www.icann.org/epp#autoRenewPeriod
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransfer
Registry Registrant ID: Not Available From Registry
Registrant Name: Redacted For Privacy
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Redacted For Privacy
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Redacted For Privacy
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1mtw.name.com
Name Server: ns2nsy.name.com
Name Server: ns3bgq.name.com
Name Server: ns4jpz.name.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2024 DomainTools, LLC All Rights Reserved

For more information on Whois status codes, please visit https://icann.org/epp

© 2024 DomainTools, LLC All Rights Reserved

# Whois Record on Aug 14, 2023



```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2023-01-23T20:30:05Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2024-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Redacted For Privacy
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Redacted For Privacy
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Redacted For Privacy
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp
```



Screenshot taken May 21, 2021

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 11, 2023

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2023-01-23T20:30:05Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2024-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp
```





Screenshot taken May 21, 2021

© 2024 DomainTools, LLC All Rights Reserved

# Whois Record on Jun 20, 2022



Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2022-06-02T16:45:48Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2024-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn



Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201



Tech Country: US

Screenshot taken May 21, 2021

Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 2, 2022

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2021-06-25T05:07:48Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2022-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyr
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp




Screenshot taken May 21, 2021

## Whois Record on Mar 25, 2022



Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2021-06-25T05:07:48Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2022-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard



Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

Screenshot taken May 21, 2021

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 19, 2021

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2021-06-25T05:07:48Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2022-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp





Screenshot taken May 21, 2021

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 25, 2021

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2021-06-25T05:07:48Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2022-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp
```





Screenshot taken May 21, 2021

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 27, 2021



Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2021-06-20T06:26:21Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2022-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: autoRenewPeriod https://www.icann.org/epp#autoRenewPeriod
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

Screenshot taken May 21, 2021

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 22, 2021

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2021-06-20T06:26:21Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: autoRenewPeriod https://www.icann.org/epp#autoRenewPeriod
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1mtw.name.com
Name Server: ns2nsy.name.com
Name Server: ns3bgq.name.com
Name Server: ns4jpz.name.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/



Screenshot taken May 21, 2021

© 2024 DomainTools, LLC All Rights Reserved

For more information on Whois status codes, please visit https://icann.org/epp

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 20, 2021

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2021-06-19T07:35:55Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: autoRenewPeriod https://www.icann.org/epp#autoRenewPeriod
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTrar
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyr
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1mtw.name.com
Name Server: ns2nsy.name.com
Name Server: ns3bgq.name.com
Name Server: ns4jpz.name.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```



Screenshot taken May 21, 2021

For more information on Whois status codes, please visit https://icann.org/epp

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on May 30, 2021



Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-06-28T19:30:39Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201



Screenshot taken May 21, 2021

Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 2, 2021

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-06-28T19:30:39Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp


Screenshot taken Jul 25, 2020

© 2024 DomainTools, LLC All Rights Reserved

# Whois Record on Nov 25, 2020



Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-06-28T19:30:39Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725

Screenshot taken Jul 25, 2020

Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Aug 25, 2020



Screenshot taken Jul 25, 2020

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-06-28T19:30:39Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jul 3, 2020

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-06-28T19:30:39Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.

For more information on Whois status codes, please visit https://icann.org/e
```



Screenshot taken Dec 26, 2019

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Apr 3, 2020

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-06-28T19:30:39Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.

For more information on Whois status codes, please visit https://icann.org/e
```



Screenshot taken Dec 26, 2019

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 2, 2020

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-06-28T19:30:39Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.

For more information on Whois status codes, please visit https://icann.org/e

Screenshot taken Dec 26, 2019

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 28, 2019

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-06-28T19:30:39Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyr
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp
```



Screenshot taken Mar 31, 2018

## Whois Record on Jul 2, 2019



```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-06-28T19:30:39Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp
```

Screenshot taken Mar 31, 2018

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Apr 4, 2019

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-06-28T19:30:39Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp



Screenshot taken Mar 31, 2018

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 5, 2019

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-06-28T19:30:39Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp
```



Screenshot taken Mar 31, 2018

## Whois Record on Sep 28, 2018

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-06-28T19:30:39Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp
```



Screenshot taken Mar 31, 2018

# Whois Record on Jun 16, 2018

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-05-28T04:15:02Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2021-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: ok https://www.icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: https://www.name.com/contact-domain-whois/passingyourobgyn
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: https://www.name.com/contact-domain-whois/passingyourobgynboard
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: https://www.name.com/contact-domain-whois/passingyourobgynboards
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp



Screenshot taken Mar 31, 2018

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 30, 2018



Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2017-10-01T17:05:25Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2018-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: ok https://www.icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

Screenshot taken Oct 22, 2016

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 2, 2018



Screenshot taken Oct 22, 2016

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2017-10-01T17:05:25Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2018-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: ok https://www.icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Oct 3, 2017

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2017-10-01T17:00:08Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2018-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: ok https://www.icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1.bluehost.com
Name Server: ns2.bluehost.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp



Screenshot taken Oct 22, 2016

## Whois Record on Sep 23, 2017

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2017-02-08T20:05:31Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2018-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1.karasimedia.com
Name Server: ns2.karasimedia.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp



Screenshot taken Oct 22, 2016

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 16, 2017



Screenshot taken Oct 22, 2016

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2017-02-08T20:05:31Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2018-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Registry Registrant ID: Not Available From Registry
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1.7208009072
Registrant Fax: +1.7209758725
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID: Not Available From Registry
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1.7208009072
Admin Fax: +1.7209758725
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID: Not Available From Registry
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1.7208009072
Tech Fax: +1.7209758725
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1.karasimedia.com
Name Server: ns2.karasimedia.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2024 DomainTools, LLC All Rights Reserved

# Whois Record on Feb 10, 2017



Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2015-06-23T20:03:30Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2018-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Domain Protection Services, Inc.
Registrant Street: PO Box 1769
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80201
Registrant Country: US
Registrant Phone: +1 7208009072
Registrant Fax: +1 7209758725
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Domain Protection Services, Inc.
Admin Street: PO Box 1769
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80201
Admin Country: US
Admin Phone: +1 7208009072
Admin Fax: +1 7209758725
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Domain Protection Services, Inc.
Tech Street: PO Box 1769
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80201
Tech Country: US
Tech Phone: +1 7208009072
Tech Fax: +1 7209758725
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1.karasimedia.com
Name Server: ns2.karasimedia.com
DNSSEC: Unsigned Delegation
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1 7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Screenshot taken Oct 22, 2016

© 2024 DomainTools, LLC All Rights Reserved

# Whois Record on Jan 22, 2017

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2015-06-23T20:03:30Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2018-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1 4252740657
Registrant Fax: +1 4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1 4252740657
Admin Fax: +1 4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1 4252740657
Tech Fax: +1 4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1-r1-atlanta.webserversystems.com
Name Server: ns2-r1-atlanta.webserversystems.com
DNSSEC: Unsigned Delegation
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1 7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/



Screenshot taken Oct 22, 2016

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 12, 2016

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2015-06-23T20:03:30Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2018-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1 4252740657
Registrant Fax: +1 4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1 4252740657
Admin Fax: +1 4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1 4252740657
Tech Fax: +1 4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1-r1-atlanta.webserversystems.com
Name Server: ns2-r1-atlanta.webserversystems.com
DNSSEC: Unsigned Delegation
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.1 7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/



Screenshot taken May 15, 2015

## Whois Record on Apr 28, 2016

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2015-06-23T20:03:30Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2018-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1 4252740657
Registrant Fax: +1 4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1 4252740657
Admin Fax: +1 4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1 4252740657
Tech Fax: +1 4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1-r1-atlanta.webserversystems.com
Name Server: ns2-r1-atlanta.webserversystems.com
DNSSEC: Unsigned Delegation
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.1 7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/



Screenshot taken May 15, 2015

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 10, 2016



Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2015-06-23T20:03:30Z
Creation Date: 2011-06-18T21:34:52Z
Registrar Registration Expiration Date: 2018-06-18T21:34:52Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1 4252740657
Registrant Fax: +1 4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1 4252740657
Admin Fax: +1 4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1 4252740657
Tech Fax: +1 4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1-r1-atlanta.webserversystems.com
Name Server: ns2-r1-atlanta.webserversystems.com
DNSSEC: Unsigned Delegation
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.1 7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Screenshot taken May 15, 2015

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 25, 2015

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2015-06-23T20:03:30-06:00Z
Creation Date: 2011-06-18T21:34:52-06:00Z
Registrar Registration Expiration Date: 2018-06-18T21:34:52-06:00Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1-r1-atlanta.webserversystems.com
Name Server: ns2-r1-atlanta.webserversystems.com
DNSSEC: Unsigned Delegation
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/



Screenshot taken May 15, 2015

© 2024 DomainTools, LLC All Rights Reserved

# Whois Record on Jun 25, 2015



Screenshot taken May 15, 2015

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2015-06-23T20:03:29-06:00Z
Creation Date: 2011-06-18T21:34:52-06:00Z
Registrar Registration Expiration Date: 2018-06-18T21:34:52-06:00Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: autoRenewPeriod
Domain Status: clientTransferProhibited
Domain Status: renewPeriod
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1-r1-atlanta.webserversystems.com
Name Server: ns2-r1-atlanta.webserversystems.com
DNSSEC: Unsigned Delegation
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 21, 2015

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2015-06-19T07:54:02-06:00Z
Creation Date: 2011-06-18T21:34:52-06:00Z
Registrar Registration Expiration Date: 2015-06-18T21:34:52-06:00Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17203101849
Reseller:
Domain Status: autoRenewPeriod
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1mtw.name.com
Name Server: ns2nsy.name.com
Name Server: ns3bgq.name.com
Name Server: ns4jpz.name.com
DNSSEC: Unsigned Delegation
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/



Screenshot taken May 15, 2015

© 2024 DomainTools, LLC All Rights Reserved

# Whois Record on Jun 20, 2015

Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2015-06-19T07:54:02-06:00Z
Creation Date: 2011-06-18T21:34:52-06:00Z
Registrar Registration Expiration Date: 2015-06-18T21:34:52-06:00Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17203101849
Reseller:
Domain Status: autoRenewPeriod
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1mtu.name.com
Name Server: ns2nsy.name.com
Name Server: ns3bgq.name.com
Name Server: ns4jpz.name.com
DNSSEC: Unsigned Delegation
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/



Screenshot taken May 15, 2015

## Whois Record on Jun 16, 2015



Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2014-12-26T19:36:52-07:00Z
Creation Date: 2011-06-18T21:34:52-06:00Z
Registrar Registration Expiration Date: 2015-06-18T21:34:52-06:00Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17203101849
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1-r1-atlanta.webserversystems.com
Name Server: ns2-r1-atlanta.webserversystems.com
DNSSEC: Unsigned Delegation
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Screenshot taken May 15, 2015

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 12, 2015



Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2014-12-26T19:36:52-07:00Z
Creation Date: 2011-06-18T21:34:52-06:00Z
Registrar Registration Expiration Date: 2015-06-18T21:34:52-06:00Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17203101849
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1-r1-atlanta.webserversystems.com
Name Server: ns2-r1-atlanta.webserversystems.com
DNSSEC: Unsigned Delegation
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Screenshot taken May 15, 2015

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 17, 2015

No adjacent screenshot available for this date.

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2014-12-26T19:36:52-07:00Z
Creation Date: 2011-06-18T21:34:52-06:00Z
Registrar Registration Expiration Date: 2015-06-18T21:34:52-06:00Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17203101849
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1-r1-atlanta.webserversystems.com
Name Server: ns2-r1-atlanta.webserversystems.com
DNSSEC: Unsigned Delegation
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 28, 2014

No adjacent screenshot
available for this date.

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2012-09-13T01:40:12-06:00Z
Creation Date: 2011-06-18T21:34:52-06:00Z
Registrar Registration Expiration Date: 2015-06-18T21:34:52-06:00Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17203101849
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1-r1-atlanta.webserversystems.com
Name Server: ns2-r1-atlanta.webserversystems.com
DNSSEC: Unsigned Delegation
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 6, 2014

No adjacent screenshot available for this date.

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registry Domain ID:
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2012-09-13T01:40:12-06:00
Creation Date: 2011-06-18T21:34:52-06:00
Registrar Registration Expiration Date: 2015-06-18T21:34:52-06:00
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17203101849
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1mtw.name.com
Name Server: ns2nsy.name.com
Name Server: ns3bgq.name.com
Name Server: ns4jpz.name.com
DNSSEC: not signed
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

## Whois Record on Aug 18, 2014

No adjacent screenshot available for this date.

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2012-09-13T01:40:12-06:00
Creation Date: 2011-06-18T21:34:52-06:00
Registrar Registration Expiration Date: 2015-06-18T21:34:52-06:00
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17202492374
Reseller:
Domain Status: clientTransferProhibited
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1mtw.name.com
Name Server: ns2nsy.name.com
Name Server: ns3bgq.name.com
Name Server: ns4jpz.name.com
DNSSEC: NotApplicable
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 4, 2014

No adjacent screenshot available for this date.

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2012-09-13T01:40:12-06:00
Creation Date: 2011-06-18T21:34:52-06:00
Registrar Registration Expiration Date: 2015-06-18T21:34:52-06:00
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17202492374
Resellser:
Domain Status: clientTransferProhibited
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1mtw.name.com
Name Server: ns2nsy.name.com
Name Server: ns3bgq.name.com
Name Server: ns4jpz.name.com
DNSSEC: NotApplicable
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 27, 2014

No adjacent screenshot
available for this date.

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2012-09-13T01:40:12-06:00
Creation Date: 2011-06-18T21:34:52-06:00
Registrar Registration Expiration Date: 2015-06-18T21:34:52-06:00
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17202492374
Resellser:
Domain Status: clientTransferProhibited
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1mtw.name.com
Name Server: ns2nsy.name.com
Name Server: ns3bgq.name.com
Name Server: ns4jpz.name.com
DNSSEC: NotApplicable
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 6, 2014

No adjacent screenshot
available for this date.

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2012-09-13T01:40:12-06:00
Creation Date: 2011-06-18T21:34:52-06:00
Registrar Registration Expiration Date: 2015-06-18T21:34:52-06:00
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17202492374
Resellser:
Domain Status: clientTransferProhibited
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1mtw.name.com
Name Server: ns2nsy.name.com
Name Server: ns3bgq.name.com
Name Server: ns4jpz.name.com
DNSSEC: NotApplicable
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

## Whois Record on Jan 1, 2014

No adjacent screenshot available for this date.

```
Domain Name: PASSINGYOUROBGYNBOARDS.COM
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2012-09-13T01:40:12-06:00
Creation Date: 2011-06-18T21:34:52-06:00
Registrar Registration Expiration Date: 2015-06-18T21:34:52-06:00
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17202492374
Resellser:
Domain Status: clientTransferProhibited
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: passingyourobgynboards.com@protecteddomainservices.com
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: passingyourobgynboards.com@protecteddomainservices.com
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: passingyourobgynboards.com@protecteddomainservices.com
Name Server: ns1mtw.name.com
Name Server: ns2nsy.name.com
Name Server: ns3bgq.name.com
Name Server: ns4jpz.name.com
DNSSEC: NotApplicable
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Oct 26, 2013

No adjacent screenshot
available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Expiration Date: 2015-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
╓╥ ns1mtw.name.com
╓╥ ns2nsy.name.com
╓╥ ns3bgq.name.com
╓╥ ns4jpz.name.com

REGISTRANT CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
```

© 2024 DomainTools, LLC All Rights Reserved

```
Phone:        +1.4252740657
Fax:          +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

## Whois Record on Aug 23, 2013

No adjacent screenshot
available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Expiration Date: 2015-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
┗┳ ns1mtw.name.com
┗┳ ns2nsy.name.com
┗┳ ns3bgq.name.com
┗┳ ns4jpz.name.com

REGISTRANT CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
```

© 2024 DomainTools, LLC All Rights Reserved

```
Phone:        +1.4252740657
Fax:          +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 23, 2013

No adjacent screenshot
available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Expiration Date: 2015-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
ᴴᵀ ns1mtw.name.com
ᴴᵀ ns2nsy.name.com
ᴴᵀ ns3bgq.name.com
ᴴᵀ ns4jpz.name.com

REGISTRANT CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
```

© 2024 DomainTools, LLC All Rights Reserved

```
Phone:        +1.4252740657
Fax:          +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

## Whois Record on Apr 23, 2013

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Expiration Date: 2015-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
ᴴᵀ ns1mtw.name.com
ᴴᵀ ns2nsy.name.com
ᴴᵀ ns3bgq.name.com
ᴴᵀ ns4jpz.name.com

REGISTRANT CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
```

© 2024 DomainTools, LLC All Rights Reserved

```
Phone:        +1.4252740657
Fax:          +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 10, 2013

No adjacent screenshot available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Expiration Date: 2015-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
ᴴᵀ ns1mtw.name.com
ᴴᵀ ns2nsy.name.com
ᴴᵀ ns3bgq.name.com
ᴴᵀ ns4jpz.name.com

REGISTRANT CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Whois Privacy Protection Service, Inc.
Whois Agent
PMB 368, 14150 NE 20th St - F1
Bellevue
WA
98007
US
```

© 2024 DomainTools, LLC All Rights Reserved

```
Phone:          +1.4252740657
Fax:            +1.4259744730
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

## Whois Record on Nov 18, 2012

No adjacent screenshot available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Protected Domain Services Customer ID: NCR-3360150

Expiration Date: 2015-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
╤ ns1mtw.name.com
╤ ns2nsy.name.com
╤ ns3bgq.name.com
╤ ns4jpz.name.com

Domain privacy provided by Protected Domain Services. For more information see www.protecteddomainservices.com

REGISTRANT CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:          +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:          +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:          +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:          +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 15, 2012

No adjacent screenshot
available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Protected Domain Services Customer ID: NCR-3360150

Expiration Date: 2015-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
ᴴᵀ ns1mtw.name.com
ᴴᵀ ns2nsy.name.com
ᴴᵀ ns3bgq.name.com
ᴴᵀ ns4jpz.name.com

Domain privacy provided by Protected Domain Services. For more information see www.protecteddomainservices.com

REGISTRANT CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:         +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:         +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:         +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:         +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 12, 2012

No adjacent screenshot available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Protected Domain Services Customer ID: NCR-3360150

Expiration Date: 2015-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
HT ns1mtw.name.com
HT ns2nsy.name.com
HT ns3bgq.name.com
HT ns4jpz.name.com

Domain privacy provided by Protected Domain Services. For more information see www.protecteddomainservices.com

REGISTRANT CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 6, 2012

No adjacent screenshot available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Protected Domain Services Customer ID: NCR-3360150

Expiration Date: 2015-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
ᴴᵀ ns1.name.com
ᴴᵀ ns2.name.com
ᴴᵀ ns3.name.com
ᴴᵀ ns4.name.com

Domain privacy provided by Protected Domain Services. For more information see www.protecteddomainservices.com

REGISTRANT CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.3037474010
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

## Whois Record on Jun 20, 2012

No adjacent screenshot available for this date.

```
Domain Name:   passingyourobgynboards.com
Registrar:     Name.com LLC

Protected Domain Services Customer ID: NCR-3360150

Expiration Date: 2015-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
⟶ ns1.name.com
⟶ ns2.name.com
⟶ ns3.name.com
⟶ ns4.name.com

Domain privacy provided by Protected Domain Services. For more information see www.protecteddomainservices.com

REGISTRANT CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

# Whois Record on Jun 16, 2012

No adjacent screenshot available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Protected Domain Services Customer ID: NCR-3360150

Expiration Date: 2012-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
ᴴᵀ ns1.name.com
ᴴᵀ ns2.name.com
ᴴᵀ ns3.name.com
ᴴᵀ ns4.name.com

Domain privacy provided by Protected Domain Services. For more information see www.protecteddomainservices.com

REGISTRANT CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 9, 2012

No adjacent screenshot available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Protected Domain Services Customer ID: NCR-3360150

Expiration Date: 2012-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
ᴴᵀ ns1.name.com
ᴴᵀ ns2.name.com
ᴴᵀ ns3.name.com
ᴴᵀ ns4.name.com

Domain privacy provided by Protected Domain Services. For more information see www.protecteddomainservices.com

REGISTRANT CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:          +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:          +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:          +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:          +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 28, 2012

No adjacent screenshot available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Protected Domain Services Customer ID: NCR-3360150

Expiration Date: 2012-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
ᴴᵀ ns1.name.com
ᴴᵀ ns2.name.com
ᴴᵀ ns3.name.com
ᴴᵀ ns4.name.com

Domain privacy provided by Protected Domain Services. For more information see www.protecteddomainservices.com

REGISTRANT CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:       +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:       +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:       +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:       +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 11, 2012

No adjacent screenshot available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Protected Domain Services Customer ID: NCR-3360150

Expiration Date: 2012-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
ᴴᵀ ns1.name.com
ᴴᵀ ns2.name.com
ᴴᵀ ns3.name.com
ᴴᵀ ns4.name.com

Domain privacy provided by Protected Domain Services. For more information see www.protecteddomainservices.com

REGISTRANT CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:          +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:          +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:          +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:          +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

© 2024 DomainTools, LLC All Rights Reserved

# Whois Record on Nov 2, 2011

No adjacent screenshot
available for this date.

```
Domain Name:     passingyourobgynboards.com
Registrar:       Name.com LLC

Protected Domain Services Customer ID: NCR-3360150

Expiration Date: 2012-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
ᴴᵀ ns1.name.com
ᴴᵀ ns2.name.com
ᴴᵀ ns3.name.com
ᴴᵀ ns4.name.com

Domain privacy provided by Protected Domain Services. For more information see www.protecteddomainservices.com

REGISTRANT CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:         +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:         +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:         +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:         +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Aug 27, 2011

No adjacent screenshot available for this date.

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Protected Domain Services Customer ID: NCR-3360150

Expiration Date: 2012-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
ᴴᵀ ns1.name.com
ᴴᵀ ns2.name.com
ᴴᵀ ns3.name.com
ᴴᵀ ns4.name.com

Domain privacy provided by Protected Domain Services. For more information see www.protecteddomainservices.com

REGISTRANT CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

## Whois Record on Jun 20, 2011

```
Domain Name:    passingyourobgynboards.com
Registrar:      Name.com LLC

Protected Domain Services Customer ID: NCR-3360150

Expiration Date: 2012-06-18 21:34:52
Creation Date:   2011-06-18 21:34:52

Name Servers:
ʰᵀ NS1.NAME.COM
ʰᵀ NS2.NAME.COM
ʰᵀ NS3.NAME.COM
ʰᵀ NS4.NAME.COM

Domain privacy provided by Protected Domain Services. For more information see www.protecteddomainservices.com

REGISTRANT CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

ADMINISTRATIVE CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

TECHNICAL CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com

BILLING CONTACT INFO
Protected Domain Services - Customer ID: NCR-3360150
P.O. Box 6197
Denver
CO
80206
US
Phone:        +1.7202492374
Email Address: passingyourobgynboards.com@protecteddomainservices.com
```

No adjacent screenshot available for this date.

© 2024 DomainTools, LLC All Rights Reserved

# Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

## Registrar History

| Date | Registrar |
|------|-----------|
| Aug 4, 2024 | GoDaddy.com |
| Jun 20, 2024 | Name.com aka DomainSite |

## Name Server History

| Event Date | Action | New Server | Previous Server |
|------------|--------|------------|-----------------|
| Aug 6, 2024 | Transfer | parklogic.com | name.com |
| Jun 22, 2024 | Transfer | name.com | bluehost.com |
| Jun 27, 2021 | Transfer | bluehost.com | name.com |
| Jun 22, 2021 | Transfer | name.com | bluehost.com |
| Oct 3, 2017 | Transfer | bluehost.com | karasimedia.com |
| Feb 10, 2017 | Transfer | karasimedia.com | webserversystems.com |
| Jun 25, 2015 | Transfer | webserversystems.com | name.com |
| Jun 21, 2015 | Transfer | name.com | webserversystems.com |
| Dec 28, 2014 | Transfer | webserversystems.com | name.com |
| Jun 20, 2011 | New | name.com | - |

## IP Address History

| Event Date | Action | New IP | Previous IP |
|------------|--------|--------|-------------|
| Jun 21, 2024 | Change | 91.195.240.94 | 162.241.226.151 |
| Jun 27, 2021 | Change | 162.241.226.151 | 91.195.240.94 |
| Jun 22, 2021 | Change | 91.195.240.94 | 162.241.226.151 |
| Sep 1, 2019 | Change | 162.241.226.151 | 50.87.249.210 |
| Oct 3, 2017 | Change | 50.87.249.210 | 66.198.240.37 |
| Feb 10, 2017 | Change | 66.198.240.37 | 209.35.52.135 |
| Jun 25, 2015 | Change | 209.35.52.135 | 8.5.1.58 |
| Jun 21, 2015 | Change | 8.5.1.58 | 209.35.52.135 |
| Dec 28, 2014 | Change | 209.35.52.135 | 127.0.0.1 |
| Jul 3, 2011 | New | 127.0.0.1 | - |
| Jun 21, 2011 | Not Resolvable | - | 67.228.81.180 |
| Jun 20, 2011 | New | 67.228.81.180 | - |

© 2024 DomainTools, LLC All Rights Reserved

# Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 6 records collected between May 15, 2015 and May 21, 2021.


May 21, 2021


Jul 25, 2020


Dec 26, 2019


Mar 31, 2018


Oct 22, 2016


May 15, 2015

© 2024 DomainTools, LLC All Rights Reserved

# Connected Domains

## Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as PassingYourObgynBoards.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| 15thjdcpretrial.com | Jul 13, 2015 | Domains By Proxy, LLC |
| 19th-30.com | Jun 1, 2023 | Domains By Proxy, LLC |
| 489237.com | May 29, 2018 | Domains By Proxy, LLC |
| abatherapyofvirginia.com | Jun 5, 2016 | Domains By Proxy, LLC |
| alyezan.com | Jun 25, 2023 | Domains By Proxy, LLC |
| antoinebar.com | Jun 9, 2022 | Domains By Proxy, LLC |
| apktekken3.com | Jul 5, 2023 | Domains By Proxy, LLC |
| asvabslayer.com | Jul 15, 2023 | Domains By Proxy, LLC |
| atelier-bucal.com | Jul 4, 2023 | Domains By Proxy, LLC |
| aufasufy.com | Jul 2, 2020 | Domains By Proxy, LLC |
| avelastores.com | Sep 20, 2021 | Domains By Proxy, LLC |
| baratasboost.info | - | Whois Privacy Protection Service by onamae.com |
| batclaw.com | Jul 16, 2023 | Domains By Proxy, LLC |
| beautyhealthlifestyles.com | Jun 28, 2017 | Domains By Proxy, LLC |
| beaverjunction.com | Jul 11, 2016 | Domains By Proxy, LLC |
| belmoraapts.com | Oct 9, 2015 | Domains By Proxy, LLC |
| besttipsdaily.com | Aug 10, 2024 | REDACTED FOR PRIVACY (DT) |
| beth-hughes.com | Jul 12, 2011 | Domains By Proxy, LLC |
| blumeplugins.com | May 26, 2023 | Domains By Proxy, LLC |
| blurredlensphotography.com | Oct 18, 2020 | Domains By Proxy, LLC |
| bodywork3.com | Jul 13, 2023 | Domains By Proxy, LLC |
| brababet.com | Aug 24, 2024 | REDACTED FOR PRIVACY (DT) |
| carescalculator.com | Jun 28, 2018 | Domains By Proxy, LLC |
| caterpillar-uruguay.com | Jul 29, 2024 | Redacted for GDPR privacy |
| cfmortgagegroup.com | Jul 17, 2020 | Domains By Proxy, LLC |
| chefdeenacooks.com | Jun 25, 2020 | Domains By Proxy, LLC |
| cityscapeglobal.me | - | Domains By Proxy, LLC |
| cocbaselinks.com | Jul 4, 2020 | Domains By Proxy, LLC |
| cruzblancaclinica.com | Jul 11, 2023 | Domains By Proxy, LLC |
| defeliceryu.com | Jun 13, 2012 | Domains By Proxy, LLC |
| diamondessenceco.com | Jul 2, 2022 | Domains By Proxy, LLC |
| ditchplasticpackaging.com | Jul 15, 2019 | Domains By Proxy, LLC |
| dmine.org | - | Domains By Proxy, LLC |
| dmspeedway.com | Apr 4, 2019 | Domains By Proxy, LLC |

© 2024 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| dressesmood.com | Jun 25, 2023 | Domains By Proxy, LLC |
| duxia-sensor.com | Aug 22, 2024 | Redacted for GDPR privacy |
| echoglide.com | Jun 23, 2023 | Domains By Proxy, LLC |
| elevatesportscards.com | Jul 3, 2020 | Domains By Proxy, LLC |
| esgnthu.org | - | Domains By Proxy, LLC |
| fahdahshop.com | Jul 10, 2023 | Domains By Proxy, LLC |
| fashiontimeus.com | Jul 22, 2023 | Domains By Proxy, LLC |
| fastcreditgt.com | Jun 27, 2023 | Domains By Proxy, LLC |
| gctaa.org | - | REDACTED FOR PRIVACY |
| geniusmakershyderabad.com | Jun 25, 2021 | Domains By Proxy, LLC |
| genrisenutrition.com | Jul 30, 2023 | Whois Privacy Protection Service by onamae.com |
| germovies.xyz | - | Domains By Proxy, LLC |
| haryanarishtey.com | Jun 9, 2023 | Domains By Proxy, LLC |
| homedecorandmore.net | Jul 18, 2021 | Domains By Proxy, LLC |
| inovapremios.com | Jul 11, 2023 | Domains By Proxy, LLC |
| islamlecture.org | - | Domains By Proxy, LLC |
| isleofspirits.com | Jun 6, 2021 | Domains By Proxy, LLC |
| itwasagreatbigworld.com | Aug 15, 2024 | Redacted for GDPR privacy |
| janefragrances.com | Jul 20, 2023 | Domains By Proxy, LLC |
| kittykingdom.net | Jun 19, 2009 | Domains By Proxy, LLC |
| lapequenamaria.com | Jul 3, 2020 | Domains By Proxy, LLC |
| larasecret.com | Jul 6, 2023 | Domains By Proxy, LLC |
| layaprice.com | May 31, 2023 | Domains By Proxy, LLC |
| layneproject.com | Jun 25, 2023 | Domains By Proxy, LLC |
| ligaolmeca.org | - | Domains By Proxy, LLC |
| linebet7954qr.com | Jun 15, 2023 | Domains By Proxy, LLC |
| loki-888.com | Jun 29, 2022 | Domains By Proxy, LLC |
| lovelittleleaves.com | Jul 4, 2022 | Domains By Proxy, LLC |
| mapleglensl.com | Jul 21, 2015 | Domains By Proxy, LLC |
| maxcampo.com | May 26, 2017 | Domains By Proxy, LLC |
| my-tranzactcard.com | Jun 6, 2023 | Domains By Proxy, LLC |
| nicetarot.com | Jul 24, 2021 | Domains By Proxy, LLC |
| nxkennels.com | Mar 13, 2021 | Domains By Proxy, LLC |
| pdpbn.com | Aug 20, 2024 | Redacted for GDPR privacy |
| pelinoztas.com | Jun 28, 2018 | Domains By Proxy, LLC |
| pldt777.co | - | Domains By Proxy, LLC |
| pontodoeletricista.com | Jun 19, 2015 | Domains By Proxy, LLC |
| puntosinfonavit.net | Jul 16, 2019 | Domains By Proxy, LLC |
| pvtechshop.com | Jul 17, 2023 | Domains By Proxy, LLC |
| racomi.org | - | Domains By Proxy, LLC |
| rayong3013road.com | May 28, 2018 | Domains By Proxy, LLC |
| reyhannurayduman.com | Jul 4, 2023 | Domains By Proxy, LLC |
| segredosdorei.com | Jun 5, 2023 | Domains By Proxy, LLC |
| sharmasso.com | Jul 20, 2022 | Domains By Proxy, LLC |
| shirinjewels.com | Jun 2, 2022 | Domains By Proxy, LLC |

© 2024 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| sonpatmcgrath.net | Jun 14, 2019 | Domains By Proxy, LLC |
| studio-l-design.com | Jul 2, 2009 | Domains By Proxy, LLC |
| supnapovelez.com | Jul 10, 2020 | Domains By Proxy, LLC |
| tanviorganicmart.com | Jul 2, 2023 | Domains By Proxy, LLC |
| theclippinggrounds.com | Jun 24, 2021 | Domains By Proxy, LLC |
| thejanissaries.com | Jun 10, 2023 | Domains By Proxy, LLC |
| themorningmakeke.com | Jun 26, 2022 | Domains By Proxy, LLC |
| thepoint636.com | Jul 10, 2023 | Domains By Proxy, LLC |
| thongtincongtyaz.com | Jul 12, 2023 | Domains By Proxy, LLC |
| timwalkerdesign.com | Jun 30, 2020 | Domains By Proxy, LLC |
| tunutrifit.com | Jul 11, 2022 | Domains By Proxy, LLC |
| uilfplsalerno.net | Jun 9, 2020 | Domains By Proxy, LLC |
| urologo-annunziata.com | May 26, 2020 | Domains By Proxy, LLC |
| valorllc.net | Jul 5, 2016 | Domains By Proxy, LLC |
| vigorhealthgroup.com | Jun 28, 2022 | Domains By Proxy, LLC |
| woodenhousemocchau.com | Jul 1, 2023 | Domains By Proxy, LLC |
| xblackstore.com | May 25, 2023 | Domains By Proxy, LLC |
| xcellable.com | Sep 20, 2019 | Domains By Proxy, LLC |
| xtdparts.com | Jul 8, 2020 | Domains By Proxy, LLC |
| yong-motorsport.com | Jul 4, 2018 | Domains By Proxy, LLC |
| zippyinsurance.net | Jul 8, 2016 | Domains By Proxy, LLC |

© 2024 DomainTools, LLC All Rights Reserved

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as PassingYourObgynBoards.com. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| 027yjjz.com | Aug 6, 2023 | Whois Privacy Protection Service by onamae.com |
| 0b7kit.cfd | - | Whois Privacy Protection Service by onamae.com |
| 123kubo.org | - | REDACTED FOR PRIVACY (DT) |
| 41s60c.cfd | - | Whois Privacy Protection Service by onamae.com |
| 8y8rzd.cfd | - | Whois Privacy Protection Service by onamae.com |
| 98840n.cfd | - | Whois Privacy Protection Service by onamae.com |
| activityrecorder.com | Apr 17, 2003 | REDACTED FOR PRIVACY |
| adelaiderealestate.mobi | - | Anonymize LLC |
| ahuhuijomta.com | Aug 19, 2023 | Whois Privacy Protection Service by onamae.com |
| alexstacoswings.com | Jul 29, 2021 | Domains By Proxy, LLC |
| av-mkt.tokyo | - | - |
| bbqudao.com | Apr 22, 2023 | Domains By Proxy, LLC |
| cfgocxh.cfd | - | Whois Privacy Protection Service by onamae.com |
| codegrepr.com | Jan 14, 2022 | Domains By Proxy, LLC |
| cpiaaa.com | Nov 12, 2008 | Domains By Proxy, LLC |
| daisley-terese.site | - | Whois Privacy Protection Service by onamae.com |
| dansadr.com | Jan 20, 2016 | Domains By Proxy, LLC |
| digitalideasnet.com | May 28, 2024 | Private by Design, LLC |
| dotamedics.com | Apr 7, 2022 | Domains By Proxy, LLC |
| ehmkdh.cfd | - | Whois Privacy Protection Service by onamae.com |
| elitesports365.com | Jun 25, 2019 | Domains By Proxy, LLC |
| elsier.com | Aug 16, 2005 | Domains By Proxy, LLC |
| erokuni.com | Dec 12, 2017 | Domains By Proxy, LLC |
| esforse.com | Jul 18, 2009 | REDACTED FOR PRIVACY |
| esportskagoshima.com | Jan 28, 2019 | Anonymize LLC |
| essexpropertyauctions.com | Feb 27, 2014 | Domains By Proxy, LLC |
| forgeict.com | Jan 25, 2023 | Domains By Proxy, LLC |
| fresh-flesh.net | Jul 29, 2019 | REDACTED FOR PRIVACY |
| fulihk.com | Aug 2, 2023 | Whois Privacy Protection Service by onamae.com |
| gateshead.farm | - | Domain Protection Services, Inc. |
| ghostwriterpreise.com | Mar 13, 2013 | Privacy service provided by Withheld for Privacy ehf |
| gramshree.net | Jul 12, 2015 | Domains By Proxy, LLC |
| gv2022.mom | - | Privacy service provided by Withheld for Privacy ehf |
| hair-jewelry.com | Mar 24, 2002 | Domains By Proxy, LLC |
| hardontv.xyz | - | Whois Privacy Protection Service by onamae.com |

© 2024 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| hdhfbj.com | Aug 10, 2023 | Whois Privacy Protection Service by onamae.com |
| housingauthorityofhope.com | Feb 15, 2022 | Domains By Proxy, LLC |
| how-to-prepare-for-exams.link | - | Whois Privacy Protection Service by onamae.com |
| imgshag.com | Oct 23, 2015 | Domains By Proxy, LLC |
| indypendenthandyman.com | Jan 1, 2023 | Redacted for GDPR privacy |
| inspire-path.site | - | Whois Privacy Protection Service by onamae.com |
| investmentprotection.com | Mar 21, 2003 | Domains By Proxy, LLC |
| j9v54a.cfd | - | Whois Privacy Protection Service by onamae.com |
| jhetkk.cfd | - | Whois Privacy Protection Service by onamae.com |
| jjsgzz.com | Aug 28, 2023 | Whois Privacy Protection Service by onamae.com |
| job4living.com | Oct 15, 2015 | Domains By Proxy, LLC |
| judies.life | - | c/o whoisproxy.com |
| k-o-d.org | - | Arch Teco Group |
| kaorikitagawa.tokyo | - | - |
| kingstonmouldings.com | May 14, 2020 | Domains By Proxy, LLC |
| kittads.com | Mar 15, 2021 | Domains By Proxy, LLC |
| lacetech.com | Mar 18, 2016 | Private by Design, LLC |
| lenuage11.com | Sep 3, 2023 | Xserver Inc. |
| lhjy68.com | Aug 20, 2023 | Whois Privacy Protection Service by onamae.com |
| lojapromomais.com | Oct 12, 2022 | Domains By Proxy, LLC |
| lxcptoqy.asia | - | YU CHENCHEN |
| mgrscommunity.com | Aug 19, 2022 | c/o whoisproxy.com |
| monchan.me | - | Whois Privacy Protection Service by onamae.com |
| n-foodadventure.com | Feb 7, 2024 | REDACTED FOR PRIVACY (DT) |
| nbcnewa.com | Jun 4, 2007 | REDACTED FOR PRIVACY |
| nightbreezeshop.com | Dec 5, 2019 | Domains By Proxy, LLC |
| odindt.com | Oct 28, 2016 | Domains By Proxy, LLC |
| ofzfzz.cfd | - | Whois Privacy Protection Service by onamae.com |
| outyrtey.asia | - | TANG LIANG |
| pisswiz.com | Oct 5, 2012 | Domains By Proxy, LLC |
| printertollfreenumber.com | Dec 20, 2017 | Privacy service provided by Withheld for Privacy ehf |
| prionist.co.uk | - | - |
| psjapan.net | Jul 29, 2020 | domain expired |
| qualitancy.com | Aug 10, 2022 | c/o whoisproxy.com |
| restaurantemerkato.com | Feb 5, 2012 | Domains By Proxy, LLC |
| riverscapeaquarium.net | Feb 20, 2021 | Domains By Proxy, LLC |
| romance-app.click | - | Privacy service provided by Withheld for Privacy ehf |
| rotamanager.co | - | Above.com Domain Privacy |
| royalrobo.site | - | Whois Privacy Protection Service by onamae.com |
| s0uhhh.cfd | - | Whois Privacy Protection Service by onamae.com |
| s8hqf8.cfd | - | Whois Privacy Protection Service by onamae.com |
| saigon1va.com | Apr 25, 2020 | Domains By Proxy, LLC |
| schlachterbedarf.de | - | - |
| schlafzimmerbetten.de | - | - |
| seslialan.com | Aug 28, 2023 | Whois Privacy Protection Service by onamae.com |

© 2024 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| skilletlickers.org | - | Domains By Proxy, LLC |
| smilenspace.com | Aug 2, 2023 | Whois Privacy Protection Service by onamae.com |
| spiritualhealing.services | - | Anonymouse Domains s.r.o. |
| stadtwerke-wuerzburg.de | - | - |
| szarzosa.com | Aug 28, 2023 | Whois Privacy Protection Service by onamae.com |
| teenvideoshub.com | Jun 14, 2017 | Domains By Proxy, LLC |
| thefitnessroom.org | - | Domains By Proxy, LLC |
| thegrindsport.com | Aug 26, 2023 | Whois Privacy Protection Service by onamae.com |
| therapybeyondbymandc.com | Apr 13, 2021 | Domains By Proxy, LLC |
| tokushima-meal.site | - | Whois Privacy Protection Service by onamae.com |
| ultra-hair.net | Aug 23, 2011 | DO.PLANNING Inc. |
| unionai.xyz | - | Whois Privacy Protection Service by onamae.com |
| v1orvi.cfd | - | Whois Privacy Protection Service by onamae.com |
| vhn2sf6g.com | May 19, 2024 | Redacted for GDPR privacy |
| vkgebp.cfd | - | Whois Privacy Protection Service by onamae.com |
| way-star.com | Aug 26, 2023 | Whois Privacy Protection Service by onamae.com |
| xlevu6.cfd | - | Whois Privacy Protection Service by onamae.com |
| y84e8r.cfd | - | Whois Privacy Protection Service by onamae.com |
| zfgcbop.cfd | - | Whois Privacy Protection Service by onamae.com |
| zzulewz.cfd | - | Whois Privacy Protection Service by onamae.com |

© 2024 DomainTools, LLC All Rights Reserved

# Exhibit 2

Domains    Websites    Email    Hosting and SSL

# GoDaddy – UNIVERSAL TERMS OF SERVICE AGREEMENT

**Last Revised: 4/1/2024**

**PLEASE READ THIS UNIVERSAL TERMS OF SERVICE AGREEMENT CAREFULLY, AS IT CONTAINS IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS AND REMEDIES.**

## 1. OVERVIEW

This Universal Terms of Service Agreement (this "**Agreement**") is entered into by and between GoDaddy.com, LLC, GoDaddy Payments, LLC (for any payment services) and Poynt, LLC (for any hardware services) ("**GoDaddy**") and you and is made effective as of the date of your use of this website ("**Site**") or the date of electronic acceptance. This Agreement sets forth the general terms and conditions of your use of the Site and the products and services purchased or accessed through this Site (individually and collectively, the "Services"). Any agreements, arrangements and/or additional policies that apply to certain Services ("**Services Agreements**") and are in addition to (not in lieu of) this Agreement. In the event of a conflict between the provisions of a Services Agreement and the provisions of this Agreement, the provisions of the applicable Services Agreement shall control.

The terms "we", "us" or "our" shall refer to GoDaddy. The terms "you", "your", "User" or "customer" shall refer to any individual or entity who accepts this Agreement, has access to your account or uses the Site or the Services. Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

## 2. MODIFICATION OF AGREEMENT, SITE OR SERVICES

GoDaddy may, in its sole and absolute discretion, change or modify this Agreement, and any policies or agreements which are incorporated herein, at any time, and such changes or modifications shall be effective immediately upon posting to this Site. Your use of this Site or the Services after such changes or modifications have been made shall constitute your acceptance of this Agreement as last revised. If you do not agree to be bound by this Agreement as last revised, do not use (or continue to use) this Site or the Services. In addition, GoDaddy may occasionally notify you of changes or modifications to this Agreement by email. It is therefore very important that you keep your shopper account ("**Account**") information current. GoDaddy assumes no liability or responsibility for your failure to receive an email notification if such failure results from an inaccurate email address. In addition, GoDaddy may terminate Your use of Services for any violation or breach of any of the terms of this Agreement

by You. GODADDY RESERVES THE RIGHT TO MODIFY, CHANGE, OR DISCONTINUE ANY ASPECT OF THIS SITE OR THE SERVICES, INCLUDING WITHOUT LIMITATION PRICES AND FEES FOR THE SAME, AT ANY TIME.

## 3. ELIGIBILITY; AUTHORITY

This Site and the Services are available only to individuals or entities ("**Users**") who can form legally binding contracts under applicable law. By using this Site or the Services, you represent and warrant that you are (i) at least eighteen (18) years of age, (ii) otherwise recognized as being able to form legally binding contracts under applicable law, and/or (iii) are not a person barred from purchasing or receiving the Services found under the laws of the United States or other applicable jurisdiction.

If you are entering into this Agreement on behalf of a corporate entity, you represent and warrant that you have the legal authority to bind such corporate entity to the terms and conditions contained in this Agreement, in which case the terms "you", "your", "User" or "customer" shall refer to such corporate entity. If, after your electronic acceptance of this Agreement, GoDaddy finds that you do not have the legal authority to bind such corporate entity, you will be personally responsible for the obligations contained in this Agreement, including, but not limited to, the payment obligations. GoDaddy shall not be liable for any loss or damage resulting from GoDaddy's reliance on any instruction, notice, document or communication reasonably believed by GoDaddy to be genuine and originating from an authorized representative of your corporate entity. If there is reasonable doubt about the authenticity of any such instruction, notice, document or communication, GoDaddy reserves the right (but undertakes no duty) to require additional authentication from you. You further agree to be bound by the terms of this Agreement for transactions entered into by you, anyone acting as your agent and anyone who uses your account or the Services, whether or not authorized by you.

## 4. YOUR ACCOUNT

In order to access some of the features of this Site or use some of the Services, you will have to create an Account. You represent and warrant to GoDaddy that all information you submit when you create your Account is accurate, current and complete, and that you will keep your Account information accurate, current and complete. If GoDaddy has reason to believe that your Account information is untrue, inaccurate, out-of-date or incomplete, GoDaddy reserves the right, in its sole and absolute discretion, to suspend or terminate your Account. You are solely responsible for the activity that occurs on your Account, whether authorized by you or not, and you must keep your Account information secure, including without limitation your customer number/login, password, Payment Method(s) (as defined below), and shopper PIN. For security purposes, GoDaddy recommends that you change your password and shopper PIN at least once every six (6) months for each Account. You must notify GoDaddy immediately of any breach of

security or unauthorized use of your Account. GoDaddy will not be liable for any loss you incur due to any unauthorized use of your Account. You, however, may be liable for any loss GoDaddy or others incur caused by your Account, whether caused by you, or by an authorized person, or by an unauthorized person.

**5. GENERAL RULES OF CONDUCT**

You acknowledge and agree that:

i. Your use of this Site and the Services, including any content you submit, will comply with this Agreement, any applicable Services Agreement or policy that may apply to your Services and all applicable local, state, national and international laws, rules and regulations.

ii. You will not collect or harvest (or permit anyone else to collect or harvest) any User Content (as defined below) or any non-public or personally identifiable information about another User or any other person or entity without their express prior written consent.

iii. You will not use this Site or the Services in a manner (as determined by GoDaddy in its sole and absolute discretion) that:

- Is illegal, or promotes or encourages illegal activity;

- Promotes, encourages or engages in the exploitation of children, or any activity related to the proliferation of child sexual abuse material (CSAM);

- Promotes, encourages or engages in terrorism, violence against people, animals, or property;

- Promotes, encourages or engages in any spam or other unsolicited bulk email, or computer or network hacking or cracking;

- Violates the Ryan Haight Online Pharmacy Consumer Protection Act of 2008 or similar legislation, or promotes, encourages or engages in the sale or distribution of prescription medication without a valid prescription;

- Violates the Fight Online Sex Trafficking Act of 2017 or similar legislation, or promotes or facilitates prostitution and/or sex trafficking;

- Infringes on the intellectual property rights of another User or any other person or entity;

- Violates the privacy or publicity rights of another User or any other person or entity, or breaches any duty of confidentiality that you owe to another User or any other person or entity;

- Interferes with the operation of this Site or the Services found at this Site;

- Contains or installs any viruses, worms, bugs, Trojan horses or other code, files or programs designed to, or capable of, disrupting, damaging or limiting the functionality of any software or hardware; or

- Contains false or deceptive language, or unsubstantiated or comparative claims, regarding GoDaddy or GoDaddy's Services.

iv. You will not perform any false, abusive or fraudulent activity. You will not perform any action that imposes, or may impose, in our discretion, an unreasonable or disproportionately large load on our infrastructure;

v. You will not copy or distribute in any medium any part of this Site or the Services , except where expressly authorized by GoDaddy.

vi. You will not modify or alter any part of this Site or the Services found at this Site or any of its related technologies.

vii. You will not access GoDaddy Content (as defined below) or User Content through any technology or means other than through this Site itself, or as GoDaddy may designate.

viii. You agree to back-up all of your User Content so that you can access and use it when needed. GoDaddy does not warrant that it backs-up any Account or User Content, and you agree to accept as a risk the loss of any and all of your User Content.

ix. You will not re-sell or provide the Services for a commercial purpose, including any of GoDaddy's related technologies, without GoDaddy's express prior written consent.

x. You will not circumvent, disable or otherwise interfere with the security-related features of this Site or the Services found at this Site (including without limitation those features that prevent or restrict use or copying of any GoDaddy Content or User Content) or enforce limitations on the use of this Site or the Services found at this Site, the GoDaddy Content or the User Content therein.

xi. You agree to provide government-issued photo identification and/or government-issued business identification as required for verification of identity when requested.

xii. You are aware that GoDaddy may from time-to-time call you about your account, and that, for the purposes of any and all such call(s), you may be subject to call recording and hereby consent to the same, subject to any applicable laws and our restrictions and obligations thereunder, including, where permissible, to record the entirety of such calls regardless of whether GoDaddy asks you on any particular call for consent to record such call. You further acknowledge and agree that, to the extent permitted by applicable law, any such recording(s) may be submitted as evidence in any legal proceeding in which GoDaddy is a party. Further, by providing your telephone or mobile number, you consent to receive marketing telephone calls from or on behalf of GoDaddy that may be initiated

by an automatic telephone dialing system and/or use an artificial or prerecorded voice. You understand that providing consent is not a condition of purchasing any good or service from GoDaddy. Similarly, by providing your mobile number, you consent to receive marketing text messages from or on behalf of GoDaddy that may be sent by an automatic telephone dialing system. You understand that providing consent is not a condition of purchasing any good or service from GoDaddy. Message and data rates may apply.

xiii. Without limiting any of the rights set forth elsewhere in this Agreement, GoDaddy expressly reserves the right to deny, cancel, terminate, suspend, or limit future access to this Site or any Services (including but not limited to the right to cancel or transfer any domain name registration) to any User (i) whose Account or Services were previously terminated or suspended, whether due to breach of this or any other Agreement or any GoDaddy policy, or (ii) who otherwise engages or has engaged in inappropriate or unlawful activity while utilizing the Site or Services (as determined by GoDaddy in its sole and absolute discretion).

xiv. If your purchase or account activity shows signs of fraud, abuse or suspicious activity, GoDaddy may cancel any service associated with your name, email address or account and close any associated GoDaddy accounts. If GoDaddy, in its sole discretion, determines that any conducted activity is fraudulent, GoDaddy reserves the right to take any necessary legal action and you may be liable for monetary losses to GoDaddy including litigation costs and damages. To contest cancellation of Services or freezing or closure of an account, please contact GoDaddy Care.

## 6. PROTECTION OF YOUR PERSONALLY IDENTIFIABLE INFORMATION

GoDaddy may process personally identifiable information ("PII") about you, your customers, and/or any individual using any services provided to you under this Agreement including any website You host with GoDaddy. To the extent GoDaddy processes PII for its purposes in providing the Services, GoDaddy acts as the Data Controller and GoDaddy's Global Privacy Notice applies to such processing. To the extent GoDaddy processes PII on your behalf as part of the Services, GoDaddy acts as the Data Processor and the Data Processing Addendum applicable to the Services applies to such processing.

## 7. USER CONTENT

Some of the features of this Site or the Services, including those Services that are hosted with GoDaddy, may allow Users to view, post, publish, share, store, or manage (a) ideas, opinions, recommendations, or advice via forum posts, content submitted in connection with a contest, product reviews or recommendations, or photos to be incorporated into a social media event or activity ("**User Submissions**"), (b) literary, artistic, musical, or other content, including but not limited to photos and videos, or (c) other information about their business or customers

(together with User Submissions, ("**User Content**"). All content submitted through your Account or processed on your behalf is considered User Content. By posting, publishing, or processing User Content to this Site or to or via the Services, you represent and warrant to GoDaddy that (i) you have all necessary rights to process and distribute User Content via this Site or via the Services, either because you are the author of the User Content and have the right to distribute the same, or because you have the appropriate distribution rights, licenses, consents, and/or permissions to use, in writing, from the copyright or other owner of the User Content, and (ii) the User Content does not violate the rights of any third party. You shall be solely responsible for any and all of your User Content or User Content that is submitted through your Account, and the consequences of, and requirements for, distributing it.

_User Submissions._ You acknowledge and agree that your User Submissions are entirely voluntary, do not establish a confidential relationship or obligate GoDaddy to treat your User Submissions as confidential or secret, that GoDaddy has no obligation, either express or implied, to develop or use your User Submissions, and no compensation is due to you or to anyone else for any intentional or unintentional use of your User Submissions, and that GoDaddy may be working on the same or similar content, it may already know of such content from other sources, it may simply wish to develop this (or similar) content on its own, or it may have taken / will take some other action.

GoDaddy shall own exclusive rights (including all intellectual property and other proprietary rights) to any User Submissions posted to this Site, and shall be entitled to the unrestricted use and dissemination of any User Submissions posted to this Site for any purpose, commercial or otherwise, without acknowledgment or compensation to you or to anyone else.

_User Content Other Than User Submissions._ By posting or publishing User Content to this Site or through the Services, you authorize GoDaddy to use the intellectual property and other proprietary rights in and to your User Content to enable inclusion and use of the User Content in the manner contemplated by this Site, this Agreement, and any Services Agreements applicable to the User Content. You hereby grant GoDaddy a worldwide, non-exclusive, royalty-free, sublicensable (through multiple tiers), and transferable license to use, reproduce, distribute, prepare derivative works of, combine with other works, display, and perform your User Content in connection with this Site, the Services and GoDaddy's (and GoDaddy's affiliates') business(es), including without limitation for promoting and redistributing all or part of this Site in any media formats and through any media channels without restrictions of any kind and without payment or other consideration of any kind, or permission or notification, to you or any third party. You also hereby grant each User of this Site a non-exclusive license to access your User Content (with the exception of User Content that you designate "private" or "password protected") through this Site, and to use, reproduce, distribute, prepare derivative works of, combine with other works, display, and perform your User Content as permitted through the functionality of this Site and under this Agreement. The above licenses granted by

you in your User Content terminate within a commercially reasonable time after you remove or delete your User Content from this Site. You understand and agree, however, that GoDaddy may retain (but not distribute, display, or perform) server copies of your User Content that have been removed or deleted. The above licenses granted by you in your User Content are perpetual and irrevocable. You also understand and agree that GoDaddy may retain and use any User Content that has been incorporated into any derivative works as allowed pursuant to any Services Agreements. Notwithstanding anything to the contrary contained herein, GoDaddy shall not use any User Content that has been designated "private" or "password protected" by you for the purpose of promoting this Site or GoDaddy's (or GoDaddy's affiliates') business(es). If you have a website or other content hosted by GoDaddy, you shall retain all of your ownership or licensed rights in User Content.

GoDaddy Data. For the avoidance of doubt, User Content does not include "GoDaddy Data," which means (a) all information relating to GoDaddy's business and delivery of the Services, including but not limited to PII concerning You and (where applicable) your employees or representatives, (b) other data concerning or relating to Your account, transaction history, use of the Services and identity verification, and (c) subject to any restrictions under any applicable Data Protection Laws, any PII that has been aggregated, pseudonymized, or anonymized (collectively, "De-identified") pursuant to the terms of any Services Agreement. You acknowledge and agree that you have no rights to GoDaddy Data under this or any Services Agreement.

## 8. AVAILABILITY OF WEBSITE/SERVICES

Subject to the terms and conditions of this Agreement and our other policies and procedures, we shall use commercially reasonable efforts to attempt to provide this Site and the Services on a twenty-four (24) hours a day, seven (7) days a week basis. You acknowledge and agree that from time to time this Site may be inaccessible or inoperable for any reason including, but not limited to, equipment malfunctions; periodic maintenance, repairs or replacements that we undertake from time to time; or causes beyond our reasonable control or that are not reasonably foreseeable including, but not limited to, interruption or failure of telecommunication or digital transmission links, hostile network attacks, network congestion or other failures. You acknowledge and agree that we have no control over the availability of this Site or the Service on a continuous or uninterrupted basis, and that we assume no liability to you or any other party with regard thereto.

## 9. PRODUCT CREDITS

In the event you are provided with a product credit ("**Credit**"), whether for redemption of the purchase of a specific product or for free with the purchase of another product ("**Purchased Product**"), you acknowledge and agree that such Credit is only valid for one (1) year and is only available with a valid purchase and may be terminated in the event the product purchased is

deleted, cancelled, transferred or not renewed. The Credit will expire one (1) year from date of purchase of the Purchased Product if the Credit has not been redeemed. In the event that the Credit is redeemed, after the initial subscription period, the product will automatically renew at the then-current renewal price until cancelled. If you wish to cancel the automatic renewal of the product, you may do so by visiting your Account or by contacting customer service. In the event your Purchased Product includes a free domain name, if you cancel the Purchased Product, the list price for the domain name will be deducted from the refund amount. The list price is the price of the domain name listed on GoDaddy's website and is not subject to any promotion, discount, or other reduction in price. For Credits issued for free with another Purchased Product, you acknowledge and agree that we may swap your Credit for a similar product, in our sole discretion.

## 10. MONITORING AND MODERATION OF CONTENT; RESTRICTIONS POLICY

When using this Site and/or any Service, you will not provide, post, publish, share or otherwise make available or accessible any illegal content or content that is incompatible with or violates this Agreement (including without limitation Sections 5, 7 and 16 of this Agreement).

GoDaddy generally does not pre-screen User Content (whether posted to a website hosted by GoDaddy or posted to this Site). However, and subject to applicable laws, GoDaddy reserves the right (but undertakes no duty) to do so and decide whether any item of User Content is appropriate and/or complies with this Agreement. By way of example, GoDaddy may for instance voluntarily screen or pre-screen material for potential child sexual abuse material and act against any such material.

GoDaddy may remove any item of User Content (whether posted to a website hosted by GoDaddy or posted to this Site) and/or suspend or terminate a User's access to this Site or the Services found at this Site for posting or publishing any material in violation of this Agreement, or for otherwise violating this Agreement (as determined by GoDaddy in its sole and absolute discretion), at any time and without prior notice. GoDaddy may also suspend or terminate a User's access to this Site or the Services found at this Site if GoDaddy has reason to believe the User is a repeat offender.

If GoDaddy terminates your access to this Site or the Services found at this Site, GoDaddy may, in its sole and absolute discretion, remove and destroy any data and files stored by you on its servers.

GoDaddy also reserves the right, but undertakes no duty, to review use of the Services and account activity for any activity that may pose a risk to GoDaddy and/or GoDaddy's systems. GoDaddy also may review, adjust the configurations of, and/or change the settings of any

Services, including the settings of any hosted environment, that GoDaddy believes, in its sole and absolute discretion, may pose a risk to GoDaddy, GoDaddy's systems, or any of its environments.

**11. EUROPEAN UNION DIGITAL SERVICES ACT ("DSA") SUPPLEMENTAL TERMS OF SERVICE**

This section 11 applies as from February 17, 2024, which is the date of entry into effect of the EU Digital Services Act.

11.1 This Section 11 sets out provisions, processes and disclosures that supplement the rest of this Agreement, as required under the DSA, which regulates the provision of certain digital intermediary services provided in the European Union ("**EU**") and notably sets out rules on the role of providers and imposes content moderation requirements and transparency obligations. These provisions only apply to you if you are in the EU and / or if you are using the Site or Services falling within the scope of the DSA. In the event of any conflict between the terms set out in this Section 11 and the other provisions of this Agreement, the terms of Section 11 shall prevail.

11.2 Rules of conduct. Users are prohibited from providing, publishing or transmitting content which is incompatible with or violates this Agreement (including without limitation Sections 5, 7 and 16) or any applicable laws in the EU or in any EU country ("**Unauthorized Content**").

11.3 Content moderation overview. GoDaddy may voluntarily take action against any Unauthorized Content, in accordance with Section 10 above. In addition, GoDaddy may receive notices through the Notice and Action Mechanism (described below) and orders from EU authorities reporting the presence of alleged illegal content on (or transmitted through) this Site or any Service (including without limitation any website hosted by GoDaddy). GoDaddy will process these orders and notices, and take action based on the information provided. These actions may entail the restrictions mentioned in Section 11.5 below, or any other restrictions required by the relevant authority.

11.4 Notifying alleged illegal content – Notice and Action Mechanism. You may report to GoDaddy the presence, on this Site or on any Service, of content that you consider to be illegal in the EU or any EU country through the mechanism accessible in our Support Center ("**Notice and Action Mechanism**"). Depending on the nature of the Service concerned by the notice, the way GoDaddy processes and addresses such notice may differ.

11.5 Restrictions. GoDaddy may, at any time and in some cases, without prior notice, remove any Unauthorized Content provided on (or through) this Site or any Service or suspend or terminate access to a whole Service (e.g., disabling a website hosted by GoDaddy). In addition, with respect to "repeat offenders", namely users frequently providing manifestly Unauthorized Content, GoDaddy may suspend or terminate their access to this Site or to the Services found at this Site. GoDaddy will generally issue a prior warning before any suspension, other than in

exceptional cases, or where GoDaddy is otherwise legally required to take immediate action. When deciding on and applying such restrictions, GoDaddy will act in a timely, diligent, non-arbitrary, objective and proportionate manner.

11.6 Unfounded Notices. If any user frequently provides manifestly unfounded notices through the Notice and Action Mechanism, GoDaddy may suspend the processing of its notices. GoDaddy will generally issue a prior warning before any suspension, save for exceptional cases (as determined by GoDaddy in its reasonable discretion) or where GoDaddy is legally required to take immediate action.

11.7 Measures and tools for review. Notices and orders are generally subject to human review. GoDaddy may also use a machine learning model that helps process certain claims and detect phishing on websites hosted by GoDaddy. Actions taken in response to notices and/or orders which relate to the provision of content by users of the Service or visitors of the Site, if any, are generally subject to human review.

11.8 Right to terminate the use of the Services. You have the right to terminate the use of the Services in accordance with Sections 9 and 14 of this Agreement.

11.9 Content Moderation Decisions.

    A. This Section may apply to you if:

        i. Your issue relates to a GoDaddy online platform in the EU (meaning either a Service involving the sale and purchase of aftermarket domain names, or GoDaddy Community to the extent provided in the EU); and

        ii. Your issue concerns: (y) a decision taken by GoDaddy further to a notice you submitted to GoDaddy regarding the presence of information considered to be illegal content on a GoDaddy EU online platform; and/or (z) a decision taken by GoDaddy to remove (or to not remove) content or to suspend, restrict or terminate (or to not suspend, restrict or terminate) access to a GoDaddy EU online platform on the ground that you or any user of the Service provided Unauthorized Content,

        (a "**Content Moderation Decision**").

    B. If you disagree with a Content Moderation Decision, you may lodge a complaint against it with GoDaddy. The complaint must be lodged within six (6) months from the date on which you are informed of the Content Moderation Decision. To lodge your complaint, you will need to respond to the email informing you of the Content Moderation Decision and provide any additional context or information for GoDaddy to reassess the Content Moderation Decision. GoDaddy will review your complaint and respond through its internal complaint-handling system (the "Internal Complaint-Handling System").

If a user frequently provides manifestly unfounded complaints through the Internal Complaint-Handling System, GoDaddy may suspend the processing of its complaints, after a prior warning.

C. If you disagree with a Content Moderation Decision and/or the outcome of the Internal Complaint-Handling System, you may also engage with any out-of-court dispute settlement body certified by the relevant EU authority. For your information, decisions taken by these bodies are not binding. Also, GoDaddy may refuse to engage in such a procedure if the issue has already been resolved concerning the same content and the same grounds. The list of these certified bodies (if any) is expected to be published by the EU Commission shortly. We will update the terms of this Agreement once the relevant information becomes available.

D. In any case, you may also initiate judicial proceedings before a competent court, according to the applicable law, at any stage.

11.10 For the purposes of Sections 11.6 and 11.9, "frequently" means the submission of 2 or more unfounded notices or complaints (as relevant) over a period of 12 months. For the purposes of Sections 11.5, 11.6 and 11.9, when determining whether a specific behavior requires such a suspension or termination and the duration of the suspension or termination, GoDaddy takes into account the relevant facts and circumstances, which may include such things as the volume of manifestly unfounded notices or complaints submitted within the period referred to above, the seriousness and/or the impact of the behavior. A notice may for instance be considered as manifestly unfounded if it is evident that it does not relate to alleged illegal content and instead refers solely to personal and/or subjective considerations. Specifically as regards the provision of illegal content, these criteria also include the volume of illegal content provided, the extent of its impact and/or the gravity of the behavior (e.g., as regards the nature of the content concerned and its consequences) and the frequency of the behavior.

11.11 Search Engine: Recommender Systems Disclosure.

Our Site and certain of our Services include a search engine that enables you to search for domain name registrations based on your query, account search history, and location.

The search engine generates a list of results based on generic matching between the keywords or character sequences searched and the domain names available for purchase. If the exact domain name you searched for is unavailable, the search engine will display results for domain names that match your keywords and characters, potentially including alternative top-level domain names, which may take into account your location. For example, if you are located in Germany, the search engine may prioritize ".de" top-level domain names in order to present you more tailored results. Additionally, the search may feature partnerships labeled "Promoted" in the search results.

The keywords or sequences of characters that you searched are the most significant parameters used to determine the results, whereas search history and location are secondary parameters used to further refine the list of results. As currently designed, the search engine does not allow you to change these parameters.

11.12 DSA Point of Contact.

If you have any questions or queries about this Section 11 or any other DSA-related matters, you can contact us by email at dsainquiries@godaddy.com.

## 12. DISCONTINUED SERVICES; END OF LIFE POLICY

GoDaddy reserves the right to cease offering or providing any of the (i) Services or (ii) individual features, functionalities, or aspects of the Services at any time, for any or no reason, and without prior notice. Although GoDaddy makes great effort to maximize the lifespan of all its Services and features, functionalities, or aspects of the Services, there are times when a Service or specific feature, functionality, or aspect of a Service that we offer will be discontinued or reach its End-of-Life ("**EOL**"). If that is the case, those Services, or the specific feature, functionality, or aspect of that Service, will no longer be supported by GoDaddy, in any way, effective on the EOL date.

_Notice and Migration._ In the event that any Service we offer has reached or will reach EOL, we will attempt to notify you thirty or more days in advance of the EOL date. It is your responsibility to take all necessary steps to replace the Service by migrating to a new Service before the EOL date, or by entirely ceasing reliance on said Service before the EOL date. In either case, GoDaddy will either offer a comparable Service for you to migrate to for the remainder of the term of your purchase, a prorated in-store credit, or a prorated refund, to be determined by GoDaddy in its sole and absolute discretion. GoDaddy may, with or without notice to you, migrate you to the most up-to-date version of the Service, if available. You agree to take full responsibility for any and all loss or damage arising from any such migration. In the event that a feature, functionality, or aspect of any Service we offer has reached or will reach EOL, then we will attempt to notify you thirty or more days in advance of the EOL date. However, if the Service maintains a least reasonably equivalent functionality without such feature, functionality, or aspect, as determined by GoDaddy in its sole and absolute discretion, GoDaddy will not be required to offer a comparable feature or functionality for the Service or a refund.

_No Liability._ GoDaddy will not be liable to you or any third party for any modification, suspension, or discontinuance of any of the (i) Services or (ii) individual features, functionalities, or aspects of the Services we may offer, provide or facilitate access to.

## 13. BETA SERVICES

From time to time, GoDaddy may offer new Services (limited preview services or new features to existing Services) in a pre-release version. New Services, new features to existing Services or limited preview services shall be known, individually and collectively, as "**Beta Services**". If you elect to use any Beta Services, then your use of the Beta Services is subject to the following terms and conditions: (i) You acknowledge and agree that the Beta Services are pre-release versions and may not work properly; (ii) You acknowledge and agree that your use of the Beta Services may expose you to unusual risks of operational failures; (iii) The Beta Services are provided as-is, so we do not recommend using them in production or mission critical environments; (iv) GoDaddy reserves the right to modify, change, or discontinue any aspect of the Beta Services at any time; (v) Commercially released versions of the Beta Services may change substantially, and programs that use or run with the Beta Services may not work with the commercially released versions or subsequent releases; (vi) GoDaddy may limit availability of customer service support time dedicated to support of the Beta Services; (vii) You acknowledge and agree to provide prompt feedback regarding your experience with the Beta Services in a form reasonably requested by us, including information necessary to enable us to duplicate errors or problems you experience; (viii) You acknowledge and agree that GoDaddy may track your browsing behavior, links clicked, items purchased, your device type, and to collect various data, including analytics, about how you use and interact with our Beta Services; (ix) You acknowledge and agree that all information regarding your use of the Beta Services, including your experience with and opinions regarding the Beta Services, is confidential, and may not be disclosed to a third party or used for any purpose other than providing feedback to GoDaddy; (x) The Beta Services are provided "as is", "as available", and "with all faults".

You acknowledge and agree that we may use your feedback for any purpose, including product development purposes. At our request you will provide us with comments that we may use publicly for press materials and marketing collateral. Any intellectual property inherent in your feedback or arising from your use of the Beta Services shall be owned exclusively by GoDaddy. To the fullest extent permitted by law, GoDaddy disclaims any and all warranties, statutory, express or implied, with respect to the Beta Services including, but not limited to, any implied warranties of title, merchantability, fitness for a particular purpose and non-infringement.

## 14. FEES AND PAYMENTS

You agree that your Payment Method may be charged by one of our affiliated entities. If, during your purchase, your payment was identified as being processed in the United States, your transaction will be processed by GoDaddy.com, LLC; if your payment was identified as being processed in Canada, your transaction will be processed by GoDaddy Domains Canada, Inc.; if your payment was identified as being processed in the United Kingdom, your transaction will be processed by GoDaddy Europe, Ltd.; if your payment was identified as being processed in India, your transaction will be processed by GoDaddy India Domains and Hosting Services India Pvt Ltd; if your payment was identified as being processed in Australia, your transaction will be

process by GoDaddy Online Services Australia PTY Limited. If your payment was identified as being processed in the Netherlands, your transaction will be processed by GoDaddy Online Services Netherlands B.V. If, during your purchase, your payment was identified as being processed in a country or region that is not listed above, your transaction may be processed by an entity within the disclosed country that is affiliated with our local payment service provider, and subject to the provisions of our Privacy Policy.

### (A) GENERAL TERMS, INCLUDING AUTOMATIC RENEWAL TERMS

_Payment Due at Time of Order; Non-Refundable._ You agree to pay all amounts due for Services at the time you order them. All amounts are non-refundable unless otherwise noted in the Refund Policy.

_Price Changes._ GoDaddy reserves the right to change its prices and fees at any time, and such changes shall either be posted online at this Site and effective immediately without need for further notice to you or notice shall be provided to you by email. If you have purchased or obtained Services for a period of months or years, changes in prices and fees shall be effective when the Services in question come up for renewal as further described below.

_Payment Types._ Except as prohibited in any product-specific agreement, you may pay for Services by using any of the following "**Payment Methods**": (i) valid credit card; (ii) "Good As Gold Prepaid Services" (defined below); (iii) electronic payment from your personal or business checking account, as appropriate (and as defined below); (iv) PayPal; (v) International Payment Option (as defined below); (vi) via In-Store Credit balances, if applicable (and as defined below); or (vii) any other method you use to pay for Services as determined by GoDaddy in its sole and absolute discretion, each a "Payment Method". You acknowledge and agree that we may store your successful Payment Methods, as determined by us, used to pay for a Service as a Payment Method that we may use for payment for future purchases or renewals. You can manage your stored Payment Methods and view or change your automatic renewal settings at any time by logging into your GoDaddy account. The "Express Checkout" feature automatically places an order for the applicable Service and charges the designated Express Checkout Payment Method for your Account. Confirmation of that order will be sent to the email address on file for your Account. Your Payment Method on file must be kept valid if you have any active Services in your Account. In addition, you agree that the location for the processing of your payments may change for any reason, including the type of Payment Method chosen, the currency selected, or changes or updates made to your Payment Method.

_Refunds Issued._ You agree that where refunds are issued to your Payment Method, GoDaddy's issuance of a refund receipt is only confirmation that GoDaddy has submitted your refund to the Payment Method charged at the time of the original sale, and that GoDaddy has no control over when the refund will be applied towards your Payment Method's available balance. You further acknowledge and agree that the payment provider and/or individual issuing bank associated

with your Payment Method establish and regulate the time frames for posting your refund, and that such refund posting time frames may range from five (5) business days to a full billing cycle, or longer.

In the event a refund is issued to your Payment Method and the payment provider, payment processor or individual issuing bank associated with your Payment Method imposes any limitations on refunds, including but not limited to, limitations as to the timing of the refund or the number of refunds allowed, then GoDaddy, in its sole and absolute discretion, reserves the right to issue the refund either (i) in the form of an In-Store Credit; (ii) via issuance of a GoDaddy check, which will be sent to the mailing address on file for your Account; or (iii) in some jurisdictions, as a bank transfer, when the payment processor cannot refund back to the Payment Method. GoDaddy also has the right to offer an In-Store Credit for customers seeking refunds, even if there are no limitations on refunds imposed by the Payment Method.

*Monthly Billing Date.* If you are being billed on a monthly basis, your monthly billing date will be based on the date of the month you purchased the Services, unless that date falls after the 28th of the month, in which case your billing date will be the 28th of each month.

*Auto-Renewal Terms.* Other than as required by applicable law, GoDaddy does not retain hard copies or electronic versions of mandate, standing order or standing instruction forms and/or any signed consents relating to your usage of our automatic renewal services, and we are therefore unable to provide any such document upon request. You may view or change your automatic renewal settings at any time by logging into your GoDaddy account.

IN ORDER TO ENSURE THAT YOU DO NOT EXPERIENCE AN INTERRUPTION OR LOSS OF SERVICES, ALL SERVICES ARE OFFERED ON AUTOMATIC RENEWAL UNLESS OTHERWISE SPECIFIED ON THIS SITE. EXCEPT FOR REASONS DESCRIBED BELOW IN THIS SECTION, AUTOMATIC RENEWAL AUTOMATICALLY RENEWS THE APPLICABLE SERVICE UPON EXPIRATION OF THE THEN CURRENT TERM FOR A RENEWAL PERIOD EQUAL IN TIME TO THE MOST RECENT SERVICE PERIOD (EXCEPT FOR DOMAIN NAMES WHICH MAY RENEW FOR THE ORIGINAL SERVICE PERIOD). FOR EXAMPLE, IF YOUR LAST SERVICE PERIOD IS FOR ONE YEAR, YOUR RENEWAL PERIOD WILL TYPICALLY BE FOR ONE YEAR. HOWEVER, IN THE EVENT RENEWAL WITH THE PAYMENT METHOD ON FILE FAILS, GODADDY MAY ATTEMPT TO RENEW THE APPLICABLE SERVICE FOR A PERIOD LESS THAN THE ORIGINAL SUBSCRIPTION PERIOD TO THE EXTENT NECESSARY FOR THE TRANSACTION TO SUCCEED.

UNLESS YOU DISABLE THE AUTOMATIC RENEWAL OPTION, GODADDY WILL AUTOMATICALLY RENEW THE APPLICABLE SERVICE WHEN IT COMES UP FOR RENEWAL AND WILL, SUBJECT TO SECTION 14(F) BELOW, ATTEMPT TO TAKE PAYMENT FIRST FROM THE PAYMENT METHOD ASSOCIATED WITH THE SERVICE(S) IN YOUR ACCOUNT ("PRIMARY PAYMENT METHOD"). IF THE PRIMARY PAYMENT METHOD FAILS, WE MAY ATTEMPT PAYMENT FROM YOUR DESIGNATED BACKUP PAYMENT METHOD(S) ON FILE WITH

GODADDY ("DESIGNATED BACKUP PAYMENT METHOD). IF THERE IS NO PRIMARY PAYMENT METHOD OR A DESIGNATED BACKUP PAYMENT METHOD ASSOCIATED WITH A SERVICE, OR A BACKUP DESIGNATED PAYMENT METHOD FAILS, YOU AGREE THAT WE MAY ATTEMPT TO CHARGE ANY OTHER PAYMENT METHODS ON FILE IN YOUR ACCOUNT ("ALTERNATE PAYMENT METHODS"). RENEWALS WILL BE CHARGED AT GODADDY'S THEN CURRENT RATES, WHICH YOU ACKNOWLEDGE AND AGREE MAY BE HIGHER OR LOWER THAN THE RATES FOR THE ORIGINAL SERVICE PERIOD. IN ORDER TO SEE THE RENEWAL SETTINGS APPLICABLE TO YOU AND YOUR SERVICES, SIMPLY LOG INTO YOUR ACCOUNT MANAGER FROM THIS SITE AND FOLLOW THE STEPS FOUND HERE. IF YOU DO NOT WISH FOR ANY SERVICE TO AUTOMATICALLY RENEW, YOU MAY ELECT TO CANCEL RENEWAL, IN WHICH CASE, YOUR SERVICES WILL TERMINATE UPON EXPIRATION OF THE THEN CURRENT TERM, UNLESS YOU MANUALLY RENEW YOUR SERVICES PRIOR TO THAT DATE. IN OTHER WORDS, SHOULD YOU ELECT TO CANCEL YOUR PRODUCT AND FAIL TO MANUALLY RENEW YOUR SERVICES BEFORE THEY EXPIRE, YOU MAY EXPERIENCE AN INTERRUPTION OR LOSS OF SERVICES, AND GODADDY SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY REGARDING THE SAME.

IN ADDITION, GODADDY MAY PARTICIPATE IN "RECURRING BILLING PROGRAMS" OR "ACCOUNT UPDATER SERVICES" SUPPORTED BY YOUR CREDIT CARD PROVIDER (AND ULTIMATELY DEPENDENT ON YOUR BANK'S PARTICIPATION). IF WE ARE UNABLE TO SUCCESSFULLY CHARGE YOUR EXISTING PAYMENT METHOD, YOUR CREDIT CARD PROVIDER (OR YOUR BANK) MAY NOTIFY US OF UPDATES TO YOUR CREDIT CARD NUMBER AND/OR EXPIRATION DATE, OR THEY MAY AUTOMATICALLY CHARGE YOUR NEW CREDIT CARD ON OUR BEHALF WITHOUT NOTIFICATION TO US. IN ACCORDANCE WITH RECURRING BILLING PROGRAM REQUIREMENTS, IN THE EVENT THAT WE ARE NOTIFIED OF AN UPDATE TO YOUR CREDIT CARD NUMBER AND/OR EXPIRATION DATE, GODADDY WILL AUTOMATICALLY UPDATE YOUR PAYMENT PROFILE ON YOUR BEHALF. GODADDY MAKES NO GUARANTEES THAT WE WILL REQUEST OR RECEIVE UPDATED CREDIT CARD INFORMATION. YOU ACKNOWLEDGE AND AGREE THAT IT IS YOUR SOLE RESPONSIBILITY TO MODIFY AND MAINTAIN YOUR ACCOUNT SETTINGS, INCLUDING BUT NOT LIMITED TO (I) CANCELLING PRODUCTS AND (II) ENSURING YOUR ASSOCIATED PAYMENT METHOD(S) ARE CURRENT AND VALID. FURTHER, YOU ACKNOWLEDGE AND AGREE THAT YOUR FAILURE TO DO SO, MAY RESULT IN THE INTERRUPTION OR LOSS OF SERVICES, AND GODADDY SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY REGARDING THE SAME.

If for any reason GoDaddy is unable to charge your Payment Method for the full amount owed, or if GoDaddy receives notification of a chargeback, reversal, payment dispute, or is charged a penalty for any fee it previously charged to your Payment Method, you agree that GoDaddy may pursue all available lawful remedies in order to obtain payment, including but not limited to, immediate cancellation, without notice to you, of any domain names or Services registered or renewed on your behalf. GoDaddy also reserves the right to charge you reasonable

"**administrative fees**" for (i) tasks GoDaddy may perform outside the normal scope of its Services, (ii) additional time and/or costs GoDaddy may incur in providing its Services, and/or (iii) your noncompliance with this Agreement (as determined by GoDaddy in its sole and absolute discretion). Typical administrative or processing fee scenarios include, but are not limited to (i) customer service issues that require additional personal time or attention; (ii) UDRP actions(s) in connection with your domain name(s) and/or disputes that require accounting or legal services, whether performed by GoDaddy staff or by outside firms retained by GoDaddy; (iii) recouping any and all costs and fees, including the cost of Services, incurred by GoDaddy as the results of chargebacks or other payment disputes brought by you, your bank or Payment Method processor. These administrative fees or processing fees will be billed to the Payment Method you have on file with GoDaddy.

GoDaddy may offer product-level pricing in various currencies. The transaction will be processed in the selected currency and the pricing displayed during the checkout process will be the actual amount submitted for payment. For certain Payment Methods, the issuer of your Payment Method may charge you a foreign transaction fee or other charge, which may be added to the final amount that appears on your bank statement or post as a separate amount. Please check with the issuer of your Payment Method for details. In addition, regardless of the selected currency, you acknowledge and agree that you may be charged Value Added Tax ("**VAT**"), Goods and Services Tax ("**GST**"), or other localized fees and/or taxes, based on your bank and/or the country indicated in your billing address section.

### (B) REFUND POLICY

Products and Services available for refunds are described in our Refund Policy.

### (C) GOOD AS GOLD PREPAID SERVICES

Service Details. By using Good As Gold Prepaid Services, you may transfer funds to GoDaddy to fund your Good As Gold Prepaid Services account ("**Good As Gold Account**"). You may then use your Good As Gold Account to purchase any Services. You may fund your Good As Gold Account by wire transfer.

You acknowledge that funds transferred to your Good As Gold Account will be held by GoDaddy and will not accrue or pay interest for your benefit. To the extent any interest may accrue, you agree that GoDaddy shall be entitled to receive and keep any such amounts to cover costs associated with Good As Gold Prepaid Services.

You agree that all transactions using Good As Gold Prepaid Services will be conducted in U.S. dollars.

Your Good As Gold Account must be funded on an initial basis with no less than funds equivalent to $1,000.00 U.S. dollars.

All payments must be for the full amount required at purchase.

_Wire Transfer Details._ Wire transfers may be initiated in foreign currency to fund your Good As Gold Account, however the natural currency of the GoDaddy bank account is U.S. Dollars. Foreign currency wires will be automatically converted and deposited in U.S. Dollars. Please note that exchange rate fees may apply.

You are responsible for all wire transfer fees, both incoming and outgoing, associated with your Good As Gold Account. Any non-U.S. wire transfers may be subject to fees by your bank, intermediary banks, or GoDaddy's bank, which may reduce the amount of the money received by GoDaddy's bank and subsequently funded into your Good As Gold Account. You hereby expressly authorize GoDaddy (i) to reduce your Good As Gold Account by the amount of wire transfer fees GoDaddy incurs in order to receive your funds; and/or (ii) to charge a twenty-dollar ($20.00) service fee ("**Service Fee**") in connection with the termination of your Good As Gold Account. All fees are subject to change at any time, and such changes shall be posted online and effective immediately without need for further notice to you.

You can verify the remaining funds in your Good As Gold Account at any time through your Account or the shopping cart. Should you decide to terminate your Good As Gold Account (or should GoDaddy opt to terminate your Good As Gold Account because you have breached an obligation under the Good As Gold Service Agreement), then the balance in your Good As Gold Account will be refunded, net the Service Fee.

Additional funds may be added to your Good As Gold Account at any time.

_Your Use of Good As Gold Prepaid Services._ Use of funds in your Good As Gold Account can only be made through the GoDaddy purchase process at GoDaddy's website. Purchases may not be made unless there are sufficient, available funds in your Good As Gold Account at the time of purchase to cover the entire purchase amount, including any related fees as set forth herein or in other relevant agreements.

### (D) PAY BY CHECK (ELECTRONIC PAYMENT)

By using GoDaddy's pay by check option ("**Pay By Check**"), you can purchase GoDaddy Services using an electronic payment (from your personal or business checking account ("**Checking Account**"), as appropriate). In connection, you agree to allow a third-party check services provider, Certegy Check Services, Inc., ("**Check Services Provider**") to debit the full amount of your purchase from your Checking Account, which is non-refundable. Check Services Provider will create an electronic funds transfer ("**EFT**") or bank draft, which will be presented to your bank or financial institution for payment from your Checking Account. The Checking Account must be at a financial institution in the United States, and payment must be in U.S. Dollars.

It is your responsibility to keep your Checking Account current and funded. You agree that (i) Check Services Provider or GoDaddy reserve the right to decline a transaction for any reason (including, but not limited to, payments that fail to go through as a result of your Checking Account no longer existing or not holding available/sufficient funds) and (ii) in such event, neither Check Services Provider nor GoDaddy shall be liable to you or any third party regarding the same. If for any reason Check Services Provider is unable to withdraw the full amount owed for the Services provided, you agree that Check Services Provider and GoDaddy may pursue all available lawful remedies in order to obtain payment (plus any applicable fees). GoDaddy is not responsible for the actions of Check Services Provider. You agree that if the EFT or bank draft is returned unpaid, you will pay a service charge in accordance with the fees permitted by law for each U.S. State. A help article describing the Check Services Provider and outlining the service charges referenced above can be found here. These fees may be debited from your Checking Account using an EFT or bank draft. All fees are in U.S. Dollars.

GoDaddy and its service providers, including but not limited to Check Services Provider and Complete Payment Recovery Services, Inc., may provide you with notices, including by email, regular mail, SMS, MMS, text message, postings on the services, or other reasonable means now known or hereafter developed. Such notices may not be received if you violate these terms of service by accessing the services in an unauthorized manner. Your agreement to these terms of service constitutes your agreement that you are deemed to have received any and all notices that would have been delivered had you accessed the services in an authorized manner. Failure to receive such notices for any reason shall not excuse any payment or other obligation to GoDaddy and Check Services Provider. You further expressly authorize GoDaddy and its service providers, including but not limited to Check Services Provider and Complete Payment Recovery Services, Inc., and their affiliates to contact you, via auto-dialer, pre-recorded messages, or any other method, on any of your mobile phone numbers or emails. You further acknowledge that email addresses you provide are not shared, accessed by others and are not employer-related email addresses.

### *(E) INTERNATIONAL PAYMENT OPTIONS*

GoDaddy offers a variety of alternative international payment options through a variety of International Payment Providers ("**IPP**"). In the event you select an IPP, you represent that you have already agreed to any and all of the IPP's applicable customer service agreements in advance of completing your transaction at GoDaddy. You also agree to allow the IPP to debit the full amount of your purchase from the selected account or payment method, collectively "Funding Sources". In addition, you agree to allow the selected IPP to debit, if applicable, an "Exchange Rate Conversion Fee", as well as any other fees or charges applicable to your agreement with the IPP (collectively, the "**IPP Fees**"), from your Funding Sources. You understand and agree that IPP Fees are subject to change at any time by the IPP without notice to you by GoDaddy.

It is your responsibility to keep your Funding Sources current and funded. You agree that (i) the IPP or GoDaddy reserve the right to decline a transaction for any reason and (ii) neither the IPP nor GoDaddy shall be liable to you or any third party regarding the same. You acknowledge that GoDaddy will not attempt to fulfill the Services purchased by you until GoDaddy receives confirmation of payment from the IPP through its associated payment processor. You acknowledge there may be a gap of several hours or days between the time you place an order and the time the IPP confirms payment through its associated payment processor. If GoDaddy does not receive confirmation of payment from the IPP through its associated payment processor within thirty (30) days from when the order is placed, your order may be cancelled, at which time you will need to commence the purchase process again. In the event that you would like to cancel payment for a pending transaction, you may cancel the order through your GoDaddy account. Payments received on previously cancelled orders will be automatically refunded to the original Payment Method when possible.

If, at the time GoDaddy receives confirmation of payment from the IPP (through its associated payment processor), either (i) the Services (including domain names) are no longer available for purchase; or (ii) a pending order has been cancelled in our systems; or (iii) the confirmation of payment does not match the dollar amount of the pending order, and as a result your purchase is either over-funded or under-funded, GoDaddy may automatically issue a partial refund (in the case of over-funding) or a full refund (in the case of under-funding) to your Funding Source. If the IPP (or its associated payment processor) imposes refund limitations of any kind, GoDaddy reserves the right to issue refunds to an In-Store Credit balance or as a bank transfer, when the payment processor cannot refund back to the Payment Method. If you receive a full refund, you will need to begin the purchase process again. You agree that the IPP reserves the right not to refund IPP Fees associated with a refunded transaction. Accordingly, any refunds issued by GoDaddy will be net of the IPP Fees unless otherwise specified.

### (F) IN-STORE CREDIT BALANCES

In the event that your Account contains a credit issued by us, it may only be applied to the purchase of a Service (each an "**In-Store-Credit**") subject to the following terms: (1) you may apply any available In-Store Credit to any future purchase of Services in your Account; and (2) you authorize GoDaddy to apply any available In-Store Credits to any upcoming product renewals, outstanding administrative fees, chargebacks, or other fees related to your Account, including partial payments. Regardless of the amount of In-Store Credit available in your account, GoDaddy is not responsible for the loss of products resulting from an inability to collect funds from your Payment Methods or the In-Store Credit. In-Store Credits will be applied based on the currency selected in the shopping cart at the time of purchase (or renewal). If you have more than one In-Store Credit, then the credits will be processed according to the age of the credit, with the oldest In-Store Credit being applied first. If additional funds are required to complete the purchase or renewal, In-Store Credits held in a

non-selected currency will be converted using GoDaddy's daily exchange rate based on the age of the In-Store Credit (oldest to newest) until (i) enough funds are allocated to complete the transaction, or (ii) there is no available balance left in your account. You understand and agree that at the time of conversion, GoDaddy may also impose an additional administrative fee.

You can verify your available In-Store Credits at any time through your Account on the GoDaddy website. You acknowledge that In-Store Credits are non-transferable, may only be used in the Account in which they were acquired and may expire. Complimentary In-Store Credits will expire two years after issuance or within any other time period GoDaddy may specify in your Account. In the event that GoDaddy terminates your Account, you acknowledge and agree that any remaining available In-Store Credits will be forfeited.

You also acknowledge that funds associated with your In-Store Credits will be held by GoDaddy and will not accrue or pay interest for your behalf. To the extent any interest may accrue, you agree that GoDaddy is entitled to receive and keep any such amounts to cover costs associated with supporting the In-Store Credits functionality.

### *(G) EXPIRED DOMAIN NAME PURCHASES*

For expired domain names purchased through your account, you agree that you are responsible for payment within forty-eight (48) hours of auction close for the successful bid amount plus the one (1) year renewal or transfer fee (from the end of the domain name's previous registration period), plus ICANN fee, if applicable, or any valid payment method associated with the account, will be charged on the third day following the auction close. If we are unable to collect payment, you may lose the rights to purchase the domain name.

### *(H) ROUND UP FOR CHARITY*

If you participate in Round Up for Charity, you hereby authorize GoDaddy to either 1) donate an amount selected by you, or 2) round up your transaction to the nearest dollar and donate 100% of the difference, to a small business relief fund ("*Donation*\*"). GoDaddy will take reasonable steps to ensure your Donation is properly disbursed, in our sole discretion, to qualifying small businesses negatively impacted by the COVID-19 pandemic and will not withhold any Donation made by you through Round Up For Charity. You understand your Donation is not eligible for a refund or in-store credit.

### *(I) BUY NOW PAY LATER OPTIONS*

Use of a "**buy now pay later**" option such as an installment payment or financing is subject to the following terms and conditions. You acknowledge and agree that GoDaddy shall not be liable to you or any third party regarding any interest, late fee, other amount, collection effort, or change in credit score that arises out of or relates to the buy now pay later option. You further agree that repayment of a buy now pay later option may be governed by your

agreement with a third party. Any representation that GoDaddy makes regarding a repayment term related to a buy now pay later option is for convenience only. A repayment term such as a required down payment, late fee, or interest might vary or be subject to change, and is in the control of a third party. Notwithstanding the foregoing, GoDaddy shall not be responsible or otherwise liable to you or any third party for disclosing or failing to disclose any repayment term, which you are responsible for determining.

Certain installment payment options will only apply to a selected Service term, which may auto-renew for the full amount unless you manually renew the Service term with a subsequent installment payment.

*(J) GENERAL TERMS REGARDING PAYOUTS FROM GODADDY*

GoDaddy will make any payment(s) owed to you to the payment method of your choice, subject to the terms below ("**Payout(s)**"). In order to receive a Payout from GoDaddy, you will need to set up a payee and assign it to your account.

<u>Set up a Payee Account</u>

Fees. A list of supported payment methods, applicable fees, and minimum payment thresholds are published here:

<u>Payee Account Information</u>

If for any reason GoDaddy is unable to process your Payout for the full amount owed, or if GoDaddy receives notification of a reversal or payment dispute, or is charged a penalty for any Payout, you agree that GoDaddy may pursue all available lawful remedies regarding such fees. Typical administrative or processing fee scenarios include, but are not limited to recouping any and all costs and fees, including the cost of Services, incurred by GoDaddy as the result of failed Payouts or other payment disputes brought by you, your bank or Payout processor. These administrative fees or processing fees will be deducted from any amounts due or directly debited from your Payout account.

Fee Changes. GoDaddy reserves the right to change its prices and fees at any time, and such changes shall be posted online at this Site and effective immediately without need for further notice to you.

## 15. ADDITIONAL RESERVATION OF RIGHTS

GoDaddy expressly reserves the right to access any Account and any data hosted by You through the services, as well as the right to deny, cancel, terminate, suspend, lock, or modify access to (or control of) any Account or Services (including the right to cancel or transfer any domain name registration) for any reason (as determined by GoDaddy in its sole and absolute

discretion), including but not limited to the following: (i) to correct mistakes made by GoDaddy in offering or delivering any Services (including any domain name registration), (ii) to protect the integrity and stability of, and correct mistakes made by, any domain name registry or registrar, (iii) to assist with our fraud and abuse detection and prevention efforts, (iv) to comply with court orders against you and/or your domain name or website and applicable local, state, national and international laws, rules and regulations, (v) to comply with requests of law enforcement, including subpoena requests, (vi) to comply with any dispute resolution process, (vii) to defend any legal action or threatened legal action without consideration for whether such legal action or threatened legal action is eventually determined to be with or without merit, (viii) to avoid any civil or criminal liability on the part of GoDaddy, its officers, directors, employees and agents, as well as GoDaddy's affiliates, including, but not limited to, instances where you have sued or threatened to sue GoDaddy, or (ix) to respond to an excessive amount of complaints related in any way to your Account, domain name(s), or content on your website that could result in damage to GoDaddy's business, operations, reputation or shareholders.

GoDaddy expressly reserves the right to review every Account for excessive space and bandwidth utilization, and to terminate or apply additional fees to those Accounts that exceed allowed levels.

GoDaddy expressly reserves the right to terminate, without notice to you, any and all Services where, in GoDaddy's sole discretion, you are harassing or threatening GoDaddy and/or any of GoDaddy's employees.

_GoDaddy Content._ Except for User Content, the content on this Site and within the Services, including without limitation GoDaddy data and the text, software, scripts, source code, API, graphics, photos, sounds, music, videos and interactive features and the trademarks, service marks, logos contained on this Site and within the Services ("**GoDaddy Content**"), are owned by or licensed to GoDaddy in perpetuity, and are subject to copyright, trademark, and/or patent protection in the United States and foreign countries, and other intellectual property rights under United States and foreign laws. GoDaddy Content is provided to you "as is", "as available" and "with all faults" for your information and personal, non-commercial use only and may not be downloaded, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed, or otherwise exploited for any purposes whatsoever without the express prior written consent of GoDaddy. No right or license under any copyright, trademark, patent, or other proprietary right or license is granted by this Agreement. GoDaddy reserves all rights not expressly granted in and to the GoDaddy Content, this Site and the Services, and this Agreement does not transfer ownership of any of these rights.

## 16. NO SPAM; LIQUIDATED DAMAGES

_No Spam._ We do not tolerate the transmission of spam. We monitor all traffic to and from our web servers for indications of spamming and maintain a spam abuse complaint center to register allegations of spam abuse.

We define spam as the sending of Unsolicited Commercial Email (UCE), Unsolicited Bulk Email (UBE) or Unsolicited Facsimiles (Fax), which is email or facsimile sent to recipients as an advertisement or otherwise, without first obtaining prior confirmed consent to receive these communications. This can include, but is not limited to, the following:

1. Email Messages

2. Newsgroup postings

3. Windows system messages

4. Pop-up messages (aka "adware" or "spyware" messages)

5. Instant messages (using AOL, MSN, Yahoo or other instant messenger programs)

6. Online chat room advertisements

7. Guestbook or Website Forum postings

8. Facsimile Solicitations

9. Text/SMS Messages

We will not allow our servers and services to be used for the purposes described above. In order to use our products and services, you must abide by all applicable laws and regulations in the geographic regions in which you use and or direct the use of the Site and Services, which include but are not limited to the CAN-SPAM Act of 2003 and the Telephone Consumer Protection Act in the United States. You must also abide by this no spam policy.

Commercial advertising and/or bulk emails or faxes may only be sent to recipients who have "opted-in" to receive messages. They must include a legitimate return address and reply-to address, the sender's physical address, and an opt-out method in the footer of the email or fax. Upon request by us, conclusive proof of opt-in may be required for an email address or fax number.

If we determine the account, products, or services in question are being used in association with spam, we may re-direct, suspend, or cancel any account, web site hosting, domain registration, email boxes, or other applicable products or services. In such event, at our election, we may require you to respond by email to us stating that you will cease to send spam

and/or have spam sent on your behalf and to require a non-refundable reactivation fee to be paid before the site, email boxes, and/or services are reactivated.

We encourage all customers and recipients of email generated from our products and services to report suspected spam. Suspected abuse can be reported by email or through our Spam Abuse Complaint Center.

_Liquidated Damages._ You agree that we may immediately terminate any Account which we believe, in our sole and absolute discretion, is transmitting or is otherwise connected with any spam or other unsolicited bulk email. In addition, if actual damages cannot be reasonably calculated then you agree to pay us liquidated damages in the amount of $1.00 for each piece of spam or unsolicited bulk email transmitted from or otherwise connected with your Account.

## 17. TRADEMARK AND/OR COPYRIGHT CLAIMS

GoDaddy supports the protection of intellectual property. If you would like to submit (i) a trademark claim for violation of a mark on which you hold a valid, registered trademark or service mark, or (ii) a copyright claim for material on which you hold a bona fide copyright, please refer to GoDaddy's Trademark and/or Copyright Infringement Policy referenced above.

## 18. LINKS TO THIRD-PARTY WEBSITES

This Site and the Services found at this Site may contain links to third-party websites that are not owned or controlled by GoDaddy. GoDaddy assumes no responsibility for the content, terms and conditions, privacy policies, or practices of any third-party websites. In addition, GoDaddy does not censor or edit the content of any third-party websites. By using this Site or the Services found at this Site, you expressly release GoDaddy from any and all liability arising from your use of any third-party website. Accordingly, GoDaddy encourages you to be aware when you leave this Site or the Services found at this Site and to review the terms and conditions, privacy policies, and other governing documents of each other website that you may visit.

## 19. DISCLAIMER OF REPRESENTATIONS AND WARRANTIES

YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT YOUR USE OF THIS SITE AND THE SERVICES FOUND AT THIS SITE SHALL BE AT YOUR OWN RISK AND THAT THIS SITE AND THE SERVICES FOUND AT THIS SITE ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WITH ALL FAULTS". GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ALL THIRD PARTY SERVICE PROVIDERS DISCLAIM ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS MAKE NO REPRESENTATIONS OR WARRANTIES ABOUT (I) THE ACCURACY, COMPLETENESS, OR

CONTENT OF THIS SITE, (II) THE ACCURACY, COMPLETENESS, OR CONTENT OF ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (III) THE SERVICES FOUND AT THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, AND/OR (IV) ANY ACTION OR FAILURE TO ACT BY GODADDY CONSISTENT WITH THE TERMS OF THIS AGREEMENT, AND GODADDY ASSUMES NO LIABILITY OR RESPONSIBILITY FOR THE SAME.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT AUTO-GENERATED OUTPUTS INCLUDING TEXT, LOGOS, NAMES, SLOGANS, ETC. HAVE NOT BEEN REVIEWED FOR ACCURACY OR INTELLECTUAL PROPERTY CLEARANCE. GODADDY MAKES NO REPRESENTATION, WARRANTY OR GUARANTEE AS TO THE ACCURACY, RELIABILITY, WHETHER OUTPUTS MAY INFRINGE ON THIRD-PARTY INTELLECTUAL PROPERTY RIGHTS, ETC. YOU SHOULD SEEK INDEPENDENT PROFESSIONAL LEGAL ADVICE BEFORE YOU RELY ON ANY AUTO-GENERATE OUTPUT.

YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT NO ORAL OR WRITTEN INFORMATION OR ADVICE PROVIDED BY GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS (INCLUDING WITHOUT LIMITATION ITS CALL CENTER OR CUSTOMER SERVICE REPRESENTATIVES), AND THIRD PARTY SERVICE PROVIDERS WILL (I) CONSTITUTE LEGAL OR FINANCIAL ADVICE OR (II) CREATE A WARRANTY OF ANY KIND WITH RESPECT TO THIS SITE OR THE SERVICES FOUND AT THIS SITE, AND USERS SHOULD NOT RELY ON ANY SUCH INFORMATION OR ADVICE.

THE FOREGOING DISCLAIMER OF REPRESENTATIONS AND WARRANTIES SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW, AND SHALL SURVIVE ANY TERMINATION OR EXPIRATION OF THIS AGREEMENT OR YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE.

## 20. LIMITATION OF LIABILITY

IN NO EVENT SHALL GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ALL THIRD PARTY SERVICE PROVIDERS, BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING ANY THAT MAY RESULT FROM (I) THE ACCURACY, COMPLETENESS, OR CONTENT OF THIS SITE, (II) THE ACCURACY, COMPLETENESS, OR CONTENT OF ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (III) THE SERVICES FOUND AT THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (IV) PERSONAL INJURY OR PROPERTY DAMAGE OF ANY NATURE WHATSOEVER, (V) THIRD-PARTY CONDUCT OF ANY NATURE WHATSOEVER, (VI) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SERVERS AND/OR ANY AND ALL CONTENT, PERSONAL INFORMATION, FINANCIAL INFORMATION OR OTHER INFORMATION AND DATA STORED

THEREIN, (VII) ANY INTERRUPTION OR CESSATION OF SERVICES TO OR FROM THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (VIII) ANY VIRUSES, WORMS, BUGS, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO, FROM, OR THROUGH, THIS SITE OR THE SERVICES (INCLUDING ANY SITES OR SERVICES LINKED TO THIS SITE OR THE SERVICES (WHETHER THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) AND/OR ANY REMOVAL OR ATTEMPTED REMOVAL THEREOF, (IX) ANY REVIEW, SCANNING, ACCESS TO, AND/OR MODIFICATION OF THE SERVICES USED BY YOU, INCLUDING BUT NOT LIMITED TO ANY HOSTED ENVIRONMENT, (X) ANY USER CONTENT OR CONTENT THAT IS DEFAMATORY, HARASSING, ABUSIVE, HARMFUL TO MINORS OR ANY PROTECTED CLASS, PORNOGRAPHIC, "X-RATED", OBSCENE OR OTHERWISE OBJECTIONABLE, (XI) ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL OR EQUITABLE THEORY, AND WHETHER OR NOT GODADDY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND/OR (XII) ANY AUTO-GENERATED OUTPUTS CREATED USING THE SERVICES.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT IN NO EVENT SHALL GODADDY'S TOTAL AGGREGATE LIABILITY EXCEED $10,000.00 U.S. DOLLARS.

THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW, AND SHALL SURVIVE ANY TERMINATION OR EXPIRATION OF THIS AGREEMENT OR YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE.

## 21. INDEMNITY

You agree to protect, defend, indemnify and hold harmless GoDaddy and its officers, directors, employees, agents, and third party service providers from and against any and all claims, demands, costs, expenses, losses, liabilities and damages of every kind and nature (including, without limitation, reasonable attorneys' fees) imposed upon or incurred by GoDaddy directly or indirectly arising from (i) your use of and access to this Site or the Services found at this Site; (ii) your violation of any provision of this Agreement or the policies or agreements which are incorporated herein; and/or (iii) your violation of any third-party right, including without limitation any intellectual property or other proprietary right. The indemnification obligations under this section shall survive any termination or expiration of this Agreement or your use of this Site or the Services found at this Site.

## 22. COMPLIANCE WITH LOCAL LAWS

GoDaddy makes no representation or warranty that the content available on this Site or the Services found at this Site are appropriate in every country or jurisdiction, and access to this Site or the Services found at this Site from countries or jurisdictions where its content is illegal is

prohibited. Users who choose to access this Site or the Services found at this Site are responsible for compliance with all local laws, rules and regulations.

## 23. DISPUTES, BINDING INDIVIDUAL ARBITRATION AND WAIVER OF CLASS ACTIONS AND CLASS ARBITRATIONS

PLEASE READ THIS SECTION CAREFULLY. FOLLOW THE INSTRUCTIONS BELOW IF YOU WISH TO OPT OUT OF THE PROVISIONS REQUIRING YOU TO RESOLVE DISPUTES THROUGH INDIVIDUAL ARBITRATION.

(A) *Disputes.* The terms of this Section shall apply to all Disputes between you and GoDaddy, except for disputes governed by the Uniform Domain Name Dispute Resolution Policy referenced above. For the purposes of this Section, "Dispute" shall mean any dispute, claim, or action between you and GoDaddy arising under or relating to any GoDaddy Services or Products, GoDaddy's websites, this Agreement, or any other transaction involving you and GoDaddy, whether in contract, warranty, misrepresentation, fraud, tort, intentional tort, statute, regulation, ordinance, or any other legal or equitable basis, and shall be interpreted to be given the broadest meaning allowable under law. YOU AND GODADDY AGREE THAT "DISPUTE" AS DEFINED IN THIS AGREEMENT SHALL NOT INCLUDE ANY CLAIM OR CAUSE OF ACTION BY YOU OR GODADDY FOR (I) TRADE SECRET MISAPPROPRIATION, (II) PATENT INFRINGEMENT, (III) COPYRIGHT INFRINGEMENT OR MISUSE, AND (IV) TRADEMARK INFRINGEMENT OR DILUTION. Moreover, notwithstanding anything else in this Agreement, you agree that a court, not the arbitrator, may decide if a claim falls within one of these four exceptions.

(B) *Binding Arbitration.* You and GoDaddy further agree: (i) to arbitrate all Disputes between the parties pursuant to the provisions in this Agreement; (ii) this Agreement memorializes a transaction in interstate commerce; (iii) the Federal Arbitration Act (9 U.S.C. §1, et seq.) governs the interpretation and enforcement of this Section; and (iv) this Section shall survive termination of this Agreement. ARBITRATION MEANS THAT YOU WAIVE YOUR RIGHT TO A JUDGE OR JURY IN A COURT PROCEEDING AND YOUR GROUNDS FOR APPEAL ARE LIMITED. The arbitrator may award you the same damages as a court sitting in proper jurisdiction, as limited by the Limitation of Liability set forth in Section 20 of this Agreement and may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. In addition, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. The decision of the arbitrator shall be final and enforceable by any court with jurisdiction over the parties.

(C) *Small Claims Court.* Notwithstanding the foregoing, you may bring an individual action in the small claims court of your state or municipality if the action is within that court's jurisdiction and is pending only in that court.

(D) *Dispute Notice.* In the event of a Dispute, you or GoDaddy must first send to the other party a notice of the Dispute that shall include a written statement that sets forth the name, address and contact information of the party giving it, the facts giving rise to the Dispute, and the relief requested (the "**Dispute Notice**"). The Dispute Notice to GoDaddy must be addressed to: GoDaddy, 100 S. Mill Ave, Tempe, AZ 85281, Attn.: Legal Department (the "**GoDaddy Notice Address**"). The Dispute Notice to you will be sent by certified mail to the most recent address we have on file or otherwise in our records for you. If GoDaddy and you do not reach an agreement to resolve the Dispute within sixty (60) days after the Dispute Notice is received, you or GoDaddy may commence an arbitration proceeding pursuant to this Section. Following submission and receipt of the Dispute Notice, each of us agrees to act in good faith to seek to resolve the Dispute before commencing arbitration.

(E) *WAIVER OF CLASS ACTIONS AND CLASS ARBITRATIONS.* YOU AND GODADDY AGREE THAT EACH PARTY MAY BRING DISPUTES AGAINST THE OTHER PARTY ONLY IN AN INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, INCLUDING WITHOUT LIMITATION FEDERAL OR STATE CLASS ACTIONS, OR CLASS ARBITRATIONS. NEITHER YOU NOR GODADDY WILL SEEK TO HAVE ANY DISPUTE HEARD AS A CLASS ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR IN ANY OTHER PROCEEDING IN WHICH EITHER PARTY ACTS OR PROPOSES TO ACT IN A REPRESENTATIVE CAPACITY. NO ARBITRATION OR OTHER PROCEEDING WILL BE COMBINED WITH ANOTHER WITHOUT THE PRIOR WRITTEN CONSENT OF ALL PARTIES TO ALL AFFECTED ARBITRATIONS OR PROCEEDINGS.

(F) *Arbitration Procedure.* If a party elects to commence arbitration, the arbitration will be administered by the American Arbitration Association ("**AAA**") and governed by the Consumer Arbitration Rules of the AAA ("**AAA Rules**") in conjunction with the rules set forth in this Agreement, except that AAA may not administer any multiple claimant or class arbitration, as the parties agree that the arbitration shall be limited to the resolution only of individual claims. The AAA Rules are at www.adr.org or by calling 1-800-778-7879. If there is a conflict between the AAA Rules and the rules set forth in this Agreement, the rules set forth in this Agreement shall govern. You may, in arbitration, seek any and all remedies otherwise available to you pursuant to federal, state, or local laws, as limited by the Limitation of Liability set forth in Section 20 of this Agreement. All Disputes shall be resolved by a single neutral arbitrator, and both parties shall have a reasonable opportunity to participate in the selection of the arbitrator. The arbitrator is bound by this Agreement. The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of this Agreement, including, but not limited to, any claim that all or any part of this Agreement is void or voidable. The arbitrator shall also have exclusive authority to rule on his or her own jurisdiction, including any objections with respect to the existence, scope, or validity of the arbitration agreement or to the arbitrability of any claim or counterclaim. Notwithstanding this broad delegation of authority to

the arbitrator, a court may determine the limited question of whether a claim or cause of action is for (i) trade secret misappropriation, (ii) patent infringement, (iii) copyright infringement or misuse, or (iv) trademark infringement or dilution, which are excluded from the definition of "Disputes" as stated above. The arbitrator shall be empowered to grant whatever relief would be available in a court under law or in equity. The arbitrator's award shall be binding on the parties and may be entered as a judgment in any court of competent jurisdiction. You may choose to engage in arbitration hearings by telephone. Arbitration hearings not conducted by telephone shall take place in a location reasonably accessible from your primary residence (or principal place of business if you are a small business), or in Maricopa County, Arizona, at your option.

(G) *Initiation of Arbitration Proceeding.* If either you or GoDaddy decide to arbitrate a Dispute, we agree to the following procedure:

    i. Write a Demand for Arbitration. The demand must include a description of the Dispute and the amount of damages sought to be recovered. You can find a copy of a Demand for Arbitration at www.adr.org ("Demand for Arbitration: Consumer Arbitration Rules").

    ii. Send one copy of the Demand for Arbitration to AAA by mail at American Arbitration Association Case Filing Services 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043.

    iii. Send one copy of the Demand for Arbitration to the other party at the same address as the Dispute Notice, or as otherwise agreed to by the parties.

(H) *Hearing Format.* In all hearing formats, the arbitrator shall issue a written decision that explains the essential findings and conclusions on which an award, if any, is based. During the arbitration, the amount of any settlement offer made by GoDaddy or you shall not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or GoDaddy is entitled. The discovery or exchange of non-privileged information relevant to the Dispute may be allowed during the arbitration.

(I) *Arbitration Fees and Payments.*

    i. Disputes involving $75,000.00 or less. GoDaddy will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses. If you reject GoDaddy's last written settlement offer made before the arbitrator was appointed ("GoDaddy's last written offer"), your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards you more than GoDaddy's last written offer, GoDaddy will: (i) pay the greater of the award or $1,000.00; (ii) pay twice your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration. The arbitrator will determine the amount of fees, costs, and expenses unless you and GoDaddy agree on them.

ii. Disputes involving more than $75,000.00. The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

iii. Disputes involving any amount. In any arbitration you commence, GoDaddy will seek its AAA or arbitrator's fees and expenses, or your filing fees it reimbursed, only if the arbitrator finds the arbitration frivolous or brought for an improper purpose. In any arbitration GoDaddy commences, GoDaddy will pay all filing, AAA, and arbitrator's fees and expenses. GoDaddy will not seek its attorney's fees or expenses from you in any arbitration. Fees and expenses are not included in determining the amount in dispute.

(J) *Claims or Disputes Must be Filed Within One Year.* To the extent permitted by law, any claim or dispute to which this Section applies must be filed within one year in small claims or in arbitration. The one-year period begins when the claim or Notice of Dispute first could be filed. If not filed within one year, the claim or dispute will be permanently barred.

(K) *30-Day Opt-out Period.* IF YOU DO NOT WISH TO BE BOUND BY THE ARBITRATION PROVISION IN THIS DISPUTES SECTION, YOU MUST NOTIFY GODADDY BY E-MAILING LEGALOPTOUT@GODADDY.COM WITHIN 30 DAYS OF THE DATE THAT YOU ACCEPT THE TERMS OF THIS AGREEMENT (UNLESS A LONGER PERIOD IS REQUIRED BY APPLICABLE LAW). In the e-mail, you must provide your (a) first name, (b) last name, (c) address, (d) phone number, and (e) account number(s) and state the following: "I wish to opt out of the arbitration provision contained in GoDaddy's Universal Terms of Service Agreement." By providing your information in the method above, you are opting out of the agreement to arbitrate contained in GoDaddy's Universal Terms of Service. Your opt-out request will only be valid if made within thirty (30) days of first accepting the Universal Terms of Service. In the event that you opt-out consistent with the procedure set forth above, all other terms contained herein shall continue to apply, including those related to the applicable governing law and the court(s) in which legal disputes may be brought.

(L) *Amendments to this Section.* Notwithstanding any provision in this Agreement to the contrary, you and GoDaddy agree that if GoDaddy makes any future amendments to the dispute resolution procedure and class action waiver provisions (other than a change to GoDaddy's address) in this Agreement, GoDaddy will notify you and you will have thirty (30) days from the date of notice to affirmatively opt-out of any such amendments. If you affirmatively opt-out of any future amendments, you are agreeing that you will arbitrate any Dispute between us in accordance with the language of this Section as stated in these current Terms, without any of the proposed amendments governing. If you do not affirmatively opt-out of any future amendments, you will be deemed to have consented to any such future amendments.

(M) *Severability.* If any provision in this Section is found to be unenforceable, that provision shall be severed with the remainder of this Agreement remaining in full force and effect. The foregoing shall not apply to the prohibition against class or representative actions; if the prohibition against class or representative actions is found to be unenforceable, this entire Section shall be null and void. The terms of this Section shall otherwise survive any termination of this Agreement.

(N) *Exclusive Venue for Other Controversies.* GoDaddy and you agree that any controversy excluded from the dispute resolution procedure and class action waiver provisions in this Section (other than an individual action filed in small claims court) shall be filed only in the Superior Court of Maricopa County, Arizona, or the United States District Court for the District of Arizona, and each party hereby irrevocably and unconditionally consents and submits to the exclusive jurisdiction of such courts for any such controversy. You also agree to waive the right to trial by jury in any such action or proceeding.

## 24. UNCLAIMED PROPERTY; MAINTENANCE CHARGES

Please be advised that if a customer has an outstanding account balance (a credit positive balance) whether in In-Store Credits, a Good as Gold Account or otherwise, for three (3) years or more for any reason, then GoDaddy shall turn over such account balance to the applicable U.S. state in accordance with state law.

You acknowledge and agree that we will deem In-Store Credits inactive if they are both 12 months old and have not been used to pay for a Service or fee. In the case of inactive In-Store Credits, GoDaddy may, as permitted by law, withhold a monthly maintenance charge from the available In-Store Credits in an amount equal to the lesser of $25.00 or the total In-Store Credis available on the date of the maintenance charge. If there are no In-Store Credits available we will not apply further maintenance charges. We may apply the maintenance charge to In-Store Credits without prior notice to you.

## 25. SUCCESSORS AND ASSIGNS

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors and assigns.

## 26. NO THIRD-PARTY BENEFICIARIES

Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

## 27. U.S. EXPORT LAWS

This Site and the Services found at this Site are subject to the export laws, restrictions, regulations and administrative acts of the United States Department of Commerce, Department of Treasury Office of Foreign Assets Control ("**OFAC**"), State Department, and other United

States authorities (collectively, "**U.S. Export Laws**"). Users shall not use the Services found at this Site to collect, store or transmit any technical information or data that is controlled under U.S. Export Laws. Users shall not export or re-export, or allow the export or re-export of, the Services found at this Site in violation of any U.S. Export Laws. None of the Services found at this Site may be downloaded or otherwise exported or re-exported (i) into (or to a national or resident of) any country with which the United States has embargoed trade; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Denied Persons List, or any other denied parties lists under U.S. Export Laws. By using this Site and the Services found at this Site, you agree to the foregoing and represent and warrant that you are not a national or resident of, located in, or under the control of, any restricted country; and you are not on any denied parties list; and you agree to comply with all U.S. Export Laws (including "anti-boycott", "deemed export" and "deemed re-export" regulations). If you access this Site or the Services found at this Site from other countries or jurisdictions, you do so on your own initiative and you are responsible for compliance with the local laws of that jurisdiction, if and to the extent those local laws are applicable and do not conflict with U.S. Export Laws. If such laws conflict with U.S. Export Laws, you shall not access this Site or the Services found at this Site. The obligations under this section shall survive any termination or expiration of this Agreement or your use of this Site or the Services found at this Site.

## 28. TITLES AND HEADINGS; INDEPENDENT COVENANTS; SEVERABILITY

The titles and headings of this Agreement are for convenience and ease of reference only and shall not be utilized in any way to construe or interpret the agreement of the parties as otherwise set forth herein. Each covenant and agreement in this Agreement shall be construed for all purposes to be a separate and independent covenant or agreement. If a court of competent jurisdiction holds any provision (or portion of a provision) of this Agreement to be illegal, invalid, or otherwise unenforceable, the remaining provisions (or portions of provisions) of this Agreement shall not be affected thereby and shall be found to be valid and enforceable to the fullest extent permitted by law.

## 29. ENGLISH LANGUAGE CONTROLS

This Agreement, along with all policies and the applicable product agreements identified above and incorporated herein by reference (collectively, the "**Agreement**"), is executed in the English language. To the extent any translation is provided to you, it is provided for convenience purposes only, and in the event of any conflict between the English and translated version, where permitted by law, the English version will control and prevail. Where the translated version is required to be provided to you and is to be considered binding by law (i) both language versions shall have equal validity, (ii) each party acknowledges that it has reviewed

both language versions and that they are substantially the same in all material respects, and (iii) in the event of any discrepancy between these two versions, the translated version may prevail, provided that the intent of the Parties has been fully taken into consideration.

## 30. CONTACT INFORMATION

If you have any questions about this Agreement, please contact us by email or regular mail at the following address:

GoDaddy Legal Department
100 S. Mill Ave
Suite 1600
Tempe. AZ 85281 USA
legal@godaddy.com

 > Legal > Agreements > Universal Terms Of Service Agreement

About GoDaddy                                                                                          +

Help Center                                                                                            +

Resources                                                                                             +

Partner Programs                                                                                       +

Account                                                                                               +

Shopping                                                                                              +

United States - English          USD $

Legal     Privacy Policy     Cookies

Do not share my personal information

Copyright © 1999 - 2024 GoDaddy Operating Company, LLC. All Rights Reserved. The GoDaddy word mark is a registered trademark of GoDaddy Operating Company, LLC in the US and other countries. The "GO" logo is a registered trademark of GoDaddy.com, LLC in the US.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

Exhibit 3



  

# Search the WHOIS Database

| passingyourobgynboards.com | Search |
|---|---|

⊘ passingyourobgynboards.com is taken

We still might be able to get it for you. See How

Broker Service Fee

**$119.99** ⓘ



Add to Cart

## WHOIS search results

Domain Name: passingyourobgynboards.com
Registry Domain ID: 1662393378_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2024-07-29T16:40:12Z
Creation Date: 2011-06-18T16:34:52Z
Registrar Registration Expiration Date: 2025-06-18T16:34:52Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 100 S. Mill Ave, Suite 1600
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85281

Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=passingyourobgynboards.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 100 S. Mill Ave, Suite 1600
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85281
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=passingyourobgynboards.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 100 S. Mill Ave, Suite 1600
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85281
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=passingyourobgynboards.com
Name Server: NS1.PARKLOGIC.COM
Name Server: NS2.PARKLOGIC.COM
DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2024-09-16T17:35:15Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

TERMS OF USE: The data contained in this registrar's Whois database, while believed by the
registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its
accuracy. This information is provided for the sole purpose of assisting you in obtaining
information about domain name registration records. Any use of this data for any other purpose
is expressly forbidden without the prior written permission of this registrar. By submitting
an inquiry, you agree to these terms and limitations of warranty. In particular, you agree not
to use this data to allow, enable, or otherwise support the dissemination or collection of this
data, in part or in its entirety, for any purpose, such as transmission by e-mail, telephone,
postal mail, facsimile or other means of mass unsolicited, commercial advertising or
solicitations
of any kind, including spam. You further agree not to use this data to enable high volume,
automated
or robotic electronic processes designed to collect or compile this data for any purpose,
including
mining this data for your own personal or commercial purposes. Failure to comply with these
terms
may result in termination of access to the Whois database. These terms may be subject to
modification
at any time without notice.

**See Underlying Registry Data**          **Contact Domain Holder**          **Report Invalid Whois**

Info displayed in public WHOIS is limited for privacy reasons. You can learn more about access to
non-public domain contact information here.

# Find your Domain

Find your perfect domain

# Exhibit 4

# Domain Holder Contact Request Form

Due to recent changes to privacy laws, the email address of the Registered Name Holder for domains (aka, Domain Holder or Registrant) cannot be shared. Please use the below form to initiate an email to the address on file for the specified domain.

Please note: Once sent, we can in no way guarantee that the Registrant will comply with your Contact Request.

**Domain Name** *

[ passingyourobgynboards.com ]

**Your Email Address** *

[ yourname@yourdomain.com ]

**Whom to contact** *

- ⦿ Registrant
- ◯ Technical
- ◯ Admin

**Reason for contact:** *

- ◯ Domain name or content is being used in malware, or for spam or abuse
- ◯ Domain name or content is infringing on a trademark or violating local laws or regulations
- ◯ Research or other purpose

By clicking Submit, you agree to our Terms of Service and Privacy Policy.

Submit     Cancel

Exhibit 5

godaddy.com/whois/results.aspx?domain=passingyourobgynboards

automated
or robotic electronic processes designed to collect or compile this data for any purpose,
including
mining this data for your own personal or commercial purposes. Failure to comply with

$3.99 $34.99
for first year ⓘ

passingobgynboards.com

## Domain Holder Contact Request Form

Due to recent changes to privacy laws, the email address of the Registered Name Holder for domains (aka, Domain Holder or Registrant) cannot be shared. Please use the below form to initiate an email to the address on file for the specified domain.

**Please note:** Once sent, we can in no way guarantee that the Registrant will comply with your Contact Request.

**Domain Name** *

passingyourobgynboards.com

**Your Email Address** *

nicole@ilawco.com

**Whom to contact** *

◉ Registrant

○ Technical

○ Admin

**Reason for contact:** *

◉ Domain name or content is being used in malware, or for spam or abuse

○ Domain name or content is infringing on a trademark or violating local laws or regulations

○ Research or other purpose

By clicking Submit, you agree to our Terms of Service and Privacy Policy.

**Submit**     Cancel

NASDAQ
+0.53%

Q Search



godaddy.com/whois/results.aspx?domain=passingyourobgynboards

$3.99 $34.99
for first year ⓘ

passingobgynboards.com

## Domain Holder Contact Request Form

Due to recent changes to privacy laws, the email address of the Registered Name Holder for domains (aka, Domain Holder or Registrant) cannot be shared. Ple
below form to initiate an email to the address on file for the specified domain.

**Please note:** Once sent, we can in no way guarantee that the Registrant will comply with your Contact Request.

**Domain Name** *

passingyourobgynboards.com

**Your Email Address** *

nicole@ilawco.com

**Whom to contact** *

🔘 Registrant

⚪ Technical

⚪ Admin

**Reason for contact:** *

⚪ Domain name or content is being used in malware, or for spam or abuse

🔘 Domain name or content is infringing on a trademark or violating local laws or regulations

⚪ Research or other purpose

By clicking Submit, you agree to our Terms of Service and Privacy Policy.

**Submit**     Cancel

Empower your journey with cura...
GoDaddy Resources

About GoDaddy

About Us
Newsroom
Investor Relations
Careers
Corporate Responsibility
Trust Center


NASDAQ
+0.53%

           

$3.99 ~~$34.99~~
for first year 

passingobgynboards.com

$0.01 ~~$21.99~~
1st yr only with 3 yr term

passingyourobgynboards
.co

$0.01 ~~$47.99~~
1st yr only with 3 yr term

✓ Success

We'll forward your request to the Registrant contact. Please note it is the decision of the Registrant whether to respond to your request.

We love taking your call.

GoDaddy guides



# Exhibit 6

From: Name.com Renewals renewals@name.com
Subject: **Vetteevans, your domains and products will automatically renew soon**
Date: Jun 13, 2024 at 4:01:15 PM
To: vetteevans@gmail.com

---

# name.com

# You're all set for renewal

Username: **vetteevans**

Because automatic renewal is enabled for your domains and/or products, they'll renew automatically soon. This renewal purchase will extend your products/domains by one additional term. If your default billing is not set to USD, your domains/products will renew in your account currency at the then current exchange rate.

**REVIEW RENEWALS**

Manage renewal settings

| DOMAIN NAMES | Price |
|---|---|
| **passingyourobgynboards.org** | **$17.99** |
| Expires: 18 June 2024 | |
| Automatic renewal: 16 June 2024 | |
| | |
| **passingyourobgynboards.net** | **$19.99** |
| Expires: 18 June 2024 | |

Automatic renewal: 16 June 2024

## passingyourobgynboards.com                                   **$16.99**

Expires: 18 June 2024

Automatic renewal: 16 June 2024

PRODUCTS AND SERVICES                                          Price

## Advanced Security + Privacy                                  **$4.99**

Domain: passingyourobgynboards.com

Expires: 18 June 2024

Automatic renewal: 16 June 2024

## Advanced Security + Privacy                                  **$4.99**

Domain: passingyourobgynboards.net

Expires: 18 June 2024

Automatic renewal: 16 June 2024

## Advanced Security + Privacy                                  **$4.99**

Domain: passingyourobgynboards.org

Expires: 18 June 2024

Automatic renewal: 16 June 2024

# Total: $69.94

Amount due to be billed with auto-renewal: $69.94

*Please visit our site to view current pricing

REVIEW RENEWALS

Once a domain renews, be it via auto renew or manual purchase, you will be bound to the Name.com Registration Agreement for an additional year, and thus, cannot cancel the domain until it comes up for renewal in one year. If you do not want the domain and/or product it is your responsibility to update your settings prior to the renewal.

Domain Lock Plus will be removed from any expired domains. If you renew your domain after the expiration date, you'll need to reenable Domain Lock Plus.

# Create a free website and business email address



Setup a business email with a **Titan Pro** free trial

## $0 for 30 days

Try Titan Email

30 day free trial



Create a website with a **Wix Unlimited** free trial

## Always $0

Try Wix Web Builder

Unlimited free trial

**Questions or comments?**

Reach out to Customer Support at name.com/support



  

View our Privacy Policy and Terms of Service

© 2001-2024 All Rights Reserved. Name.com is a registered trademark of Name.com Inc.

414 14th Street, #200 | Denver, Colorado 80202

# Exhibit 7

From: Diane Klivington-Evans vetteevans@gmail.com
Subject: Re: Final Notice - Domains/Products are pending removal
Date: Jul 11, 2024 at 1:56:39 AM
To: Name.com Renewals renewals@name.com

I cannot log into my account. I've sent several Support tickets and nobody is getting back to me.

Please call me at 850-333-5113
I was involved in a security breach and this website and password was breached by the courtesy of AT&T
Sent from my iPhone

On Jul 10, 2024, at 4:51PM, Name.com Renewals <renewals@name.com> wrote:

# name.com

# Your domain/product is pending removal

Username: **vetteevans**

One or more of your domains/products is expiring and requires immediate attention. Please renew as soon as possible before the items are removed from your account and deleted.

RENEW ALL NOW

DOMAIN NAMES                                        Price

**passingyourobgynboards.org**                                $17.99

EXPIRED on June 18 2024

**passingyourobgynboards.net**                                $19.99

EXPIRED on June 18 2024

**passingyourobgynboards.com**                                $16.99

EXPIRED on June 18 2024

| PRODUCTS AND SERVICES | Price |
|---|---|

**Advanced Security + Privacy**                              $4.99

Domain: passingyourobgynboards.com

EXPIRED on June 18 2024

**Advanced Security + Privacy**                              $4.99

Domain: passingyourobgynboards.net

EXPIRED on June 18 2024

**Advanced Security + Privacy**                              $4.99

Domain: passingyourobgynboards.org

EXPIRED on June 18 2024

# Total: $69.94

RENEW ALL NOW

# Create a free website and business email address



Setup a business email with a
**Titan Pro** free trial

**$0 for 30 days**

Try Titan Email

30 day free trial



Create a website with a **Wix Unlimited** free trial

**Always $0**

Try Wix Web Builder

Unlimited free trial

**Questions or comments?**

Reach out to Customer Support at name.com/support

name.com

   

View our Privacy Policy and Terms of Service

© 2001-2024 All Rights Reserved. Name.com is a registered trademark of Name.com Inc.

414 14th Street, #200 l Denver, Colorado 80202

Exhibit 8

You don't have permission to access /account/supportcenter/ticketdetails/2683310 on this server.

Additionally, a 403 Forbidden error was encountered while trying to use an ErrorDocument to handle the request.

# Exhibit 9

Home  >   Hosting History  >   Passingyourobgynboards.com

# Hosting History for Passingyourobgynboards.com

Enter any domain name and Hosting History will list IP address and name server history. If a domain name has changed its web host you will be able to see the old value, the new value, and when the event happened. Note: Hosting History covers domains in the TLDs com, net, org, biz, us, and info only.



**Lookup the Hosting History of a Domain**

passingyourobgynboards.com

LOOKUP

## IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2011-06-20 | New | -none- | 67.228.81.180 |
| 2011-06-21 | Not Resolvable | 67.228.81.180 | -none- |
| 2011-07-03 | New | -none- | 127.0.0.1 |
| 2014-12-28 | Change | 127.0.0.1 | 209.35.52.135 |
| 2015-06-21 | Change | 209.35.52.135 | 8.5.1.58 |
| 2015-06-25 | Change | 8.5.1.58 | 209.35.52.135 |
| 2017-02-10 | Change | 209.35.52.135 | 66.198.240.37 |
| 2017-10-03 | Change | 66.198.240.37 | 50.87.249.210 |
| 2019-09-01 | Change | 50.87.249.210 | 162.241.226.151 |
| 2021-06-22 | Change | 162.241.226.151 | 91.195.240.94 |
| 2021-06-27 | Change | 91.195.240.94 | 162.241.226.151 |
| 2024-06-21 | Change | 162.241.226.151 | 91.195.240.94 |

Note: The current IP location and IP Whois may not be the same as it was on the event date.

## Registrar History

The Registrar History Panel is being sunset on September 30, 2024.

| Date | Registrar |
| --- | --- |
| 2011-06-18 | Name.com aka DomainSite |
| 2024-08-04 | GoDaddy.com |

## Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
| --- | --- | --- | --- |
| 2011-06-20 | New | -none- | Name.com |
| 2014-12-28 | Transfer | Name.com | Webserversystems.com |
| 2015-06-21 | Transfer | Webserversystems.com | Name.com |
| 2015-06-25 | Transfer | Name.com | Webserversystems.com |
| 2017-02-10 | Transfer | Webserversystems.com | Karasimedia.com |
| 2017-10-03 | Transfer | Karasimedia.com | Bluehost.com |
| 2021-06-22 | Transfer | Bluehost.com | Name.com |
| 2021-06-27 | Transfer | Name.com | Bluehost.com |
| 2024-06-22 | Transfer | Bluehost.com | Name.com |
| 2024-08-06 | Transfer | Name.com | Parklogic.com |

